| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston ▼ | Case Number | 4:23-cv-04729 |
|---|---|---|---|

| Consumer Financial Protection Bureau and United States of America |
|---|
| *versus* |
| Colony Ridge Development, LLC, d/b/a Terrenos Houston, Terrenos Santa Fe, and Lotes y Ranchos; Colony Ridge BV, LLC; Colony Ridge Land, LLC, formerly d/b/a Terrenos Houston and Lotes y Ranchos; and Loan Originator Services, LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jimmy S. McBirney<br>United States Department of Justice<br>150 M Street, NE<br>Washington, DC 20001<br>(202) 718-1969; jimmy.mcbirney@usdoj.gov<br>New York Attorney Registration Number: 4798799 |
|---|---|

| Name of party applicant seeks to appear for: | United States of America |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 12/21/2023 | Signed: | s/ Jimmy S. McBirney |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
United States District Judge