AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Consumer Financial Protection Bureau<br>&<br>United States of America,<br><br>*Plaintiff(s)*<br>v.<br>COLONY RIDGE DEVELOPMENT, LLC d/b/a Terrenos Houston, Terrenos Santa Fe, and Lotes y Ranchos; and see attached<br><br>*Defendant(s)* | Civil Action No. 23-cv-4729 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Colony Ridge BV, LLC
c/o Ashlie Management Inc.
301 Forest Lane
Huntsville, TX 77340

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Office of Enforcement
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
ATTN: E. Vanessa Assae-Bille
Elisabeth.Assae-Bille@cfpb.gov

Civil Rights Division
U.S. Department of Justice
150 M Street, NE
Washington, DC 20530
ATTN: Melissa Carrington
Melissa.Carrington2@usdoj.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: December 21, 2023

s/ Rhonda Moore-Konieczny
*Signature of Clerk or Deputy Clerk*