Case 4:23-cv-04729   Document 17   Filed on 01/03/24 in TXSD   Page 1 of 1
Case 4:23-cv-04729   Document 2   Filed on 12/20/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 03, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 23-cv-4729 |
|---|---|---|---|

| CONSUMER FINANCIAL PROTECTION BUREAU & UNITED STATES OF AMERICA |
|---|
| *versus* |
| COLONY RIDGE DEVELOPMENT, LLC, d/b/a Terrenos Houston, Terrenos Santa Fe, and Lotes y Ranchos; COLONY RIDGE BV, LLC; COLONY RIDGE LAND, LLC, formerly d/b/a Terrenos Houston and Lotes y Ranchos; and LOAN ORIGINATOR SERVICES, LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | ELISABETH VANESSA ASSAE-BILLE<br>CONSUMER FINANCIAL PROTECTION BUREAU<br>1700 G STREET, NW<br>WASHINGTON, DC 20552<br>(202) 435 - 7688<br>NY Bar No. 5165501 |
|---|---|

| Name of party applicant seeks to appear for: | CONSUMER FINANCIAL PROTECTION BUREAU |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/20/2023 | Signed: *(signature)* |
|---|---|

| The state bar reports that the applicant's status is: Active |  |
|---|---|
| Dated: 1/3/2024 | Clerk's signature   Lisa R. Edwards |

| **Order** | This lawyer is admitted *pro hac vice*.<br>*(signature)*<br>United States District Judge |
|---|---|

Dated: 1/3/2024