Case 4:23-cv-04729   Document 23   Filed on 01/03/24 in TXSD   Page 1 of 1
Case 4:23-cv-04729   Document 22   Filed on 01/03/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 03, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 23-cv-4729 |
|---|---|---|---|
| Consumer Financial Protection Bureau and United States of America ||||
| *versus* ||||
| Colony Ridge Development, LLC, d/b/a Terrenos Houston, Terrenos Santa Fe, and Lotes y Ranchos; Colony Ridge BV, LLC; Colony Ridge Land, LLC, formerly d/b/a Terrenos Houston and Lotes y Ranchos; and Loan Originator Services, LLC ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Hannah C. Abelow<br>United States Department of Justice<br>150 M Street, NE<br>Washington, DC 20001<br>(202) 353-5006; hannah.abelow@usdoj.gov<br>New York Attorney Registration Number: 5931464 |
|---|---|

| Name of party applicant seeks to appear for: | United States of America |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/3/2024 | Signed: *Hannah Abelow* |
|---|---|

| The state bar reports that the applicant's status is: Active ||
|---|---|
| Dated: 1/3/2024 | Clerk's signature   Lisa R. Edwards |

**Order**

This lawyer is admitted *pro hac vice*.

_____
United States District Judge

Dated: 1/3/2024