# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU and <br><br> UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> COLONY RIDGE DEVELOPMENT, LLC, d/b/a Terrenos Houston, Terrenos Santa Fe, and Lotes y Ranchos; <br><br> COLONY RIDGE BV, LLC; <br><br> COLONY RIDGE LAND, LLC, formerly d/b/a Terrenos Houston and Lotes y Ranchos; and <br><br> LOAN ORIGINATOR SERVICES, LLC, <br><br> Defendants. | Civil Action No. 4:23-cv-4729 <br><br> Judge Alfred H. Bennett |

## PLAINTIFFS' DISCLOSURE OF INTERESTED PARTIES

Plaintiffs Consumer Financial Protection Bureau and the United States of America hereby certify that to the best of their knowledge the following persons have a financial interest in the outcome of this litigation:

1. Plaintiff Consumer Financial Protection Bureau
2. Plaintiff United States of America
3. Defendant Colony Ridge Development, LLC
4. Defendant Colony Ridge BV, LLC
5. Defendant Colony Ridge Land, LLC
6. Defendant Loan Originator Services, LLC

DATED: January 5, 2024                           Respectfully submitted,

<div style="display: flex;">
<div>

s/ *Melissa A. Carrington*
MELISSA A. CARRINGTON
Attorney-in-Charge; *pro hac vice*
TERRANCE K. MANGAN,
*pro hac vice to be filed*
JIMMY S. MCBIRNEY, *pro hac vice*
HANNAH C. ABELOW, *pro hac vice*

Trial Attorneys
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
150 M Street, NE
Washington, DC 20530
Tel: (202) 514-4713
Fax: (202) 514-1116
Email: melissa.carrington2@usdoj.gov
 terrence.mangan2@usdoj.gov
 jimmy.s.mcbirney2@usdoj.gov
 hannah.abelow@usdoj.gov

*Attorneys for Plaintiff*
*United States of America*

</div>
<div>

s/ *E. Vanessa Assae-Bille*
E. VANESSA ASSAE-BILLE
Attorney-in-Charge; *pro hac vice*
ALEXIS C. CHRISTENSEN, *pro hac vice*
ANDREA M. LOWE, *pro hac vice*

Office of Enforcement
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Tel: (202) 435-7000
Fax: (202) 435-7722
Email: elisabeth.assae-bille@cfpb.gov
 alexis.christensen@cfpb.gov
 andrea.lowe@cfpb.gov

*Attorneys for Plaintiff*
*Consumer Financial Protection Bureau*

</div>
</div>

## **CERTIFICATE OF SERVICE**

I, E. Vanessa Assae-Bille, certify compliance with the Order for Conference and Disclosure of Interested Parties, which was entered by the Court upon filing of the Complaint in this civil action. On January 5, 2024, I served by certified mail this Disclosure of Interested Parties on each of the following parties:

1. **Colony Ridge Development, LLC**
   c/o Jason Ray, counsel for Colony Ridge Development, LLC
   Riggs & Ray, PC
   3307 Northland Dr, Suite 215
   Austin, TX 78731
   E-mail address: jray@r-alaw.com

2. **Colony Ridge BV, LLC**
   c/o Jason Ray, counsel for Colony Ridge BV, LLC
   Riggs & Ray, PC
   3307 Northland Dr, Suite 215
   Austin, TX 78731
   E-mail address: jray@r-alaw.com

3. **Colony Ridge Land, LLC**
   c/o Jason Ray, counsel for Colony Ridge Land, LLC
   Riggs & Ray, PC
   3307 Northland Dr, Suite 215
   Austin, TX 78731
   E-mail address: jray@r-alaw.com

4. **Loan Originator Services, LLC**
   c/o Jason Ray, counsel for Loan Originator Services, LLC
   Riggs & Ray, PC
   3307 Northland Dr, Suite 215
   Austin, TX 78731
   E-mail address: jray@r-alaw.com