# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU and <br><br> UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> COLONY RIDGE DEVELOPMENT, LLC, d/b/a Terrenos Houston, Terrenos Santa Fe, and Lotes y Ranchos; <br><br> COLONY RIDGE BV, LLC; <br><br> COLONY RIDGE LAND, LLC, formerly d/b/a Terrenos Houston and Lotes y Ranchos; and <br><br> LOAN ORIGINATOR SERVICES, LLC, <br><br> Defendants. | Civil Action No. 4:23-cv-4729 <br><br> Judge Alfred H. Bennett |

## PLAINTIFFS' JOINT DECLARATION OF SERVICE

We, E. Vanessa Assae-Bille and Melissa A. Carrington, certify that on this day, January 5, 2024, we served by certified mail the documents listed below on each of the following parties:

1. **Colony Ridge Development, LLC**
   c/o Jason Ray, counsel for Colony Ridge Development, LLC
   Riggs & Ray, PC
   3307 Northland Dr, Suite 215
   Austin, TX 78731
   E-mail address: jray@r-alaw.com

2. **Colony Ridge BV, LLC**
   c/o Jason Ray, counsel for Colony Ridge BV, LLC
   Riggs & Ray, PC
   3307 Northland Dr, Suite 215
   Austin, TX 78731
   E-mail address: jray@r-alaw.com

3. **Colony Ridge Land, LLC**
   c/o Jason Ray, counsel for Colony Ridge Land, LLC
   Riggs & Ray, PC
   3307 Northland Dr, Suite 215
   Austin, TX 78731

      E-mail address: jray@r-alaw.com

4. **Loan Originator Services, LLC**
   c/o Jason Ray, counsel for Loan Originator Services, LLC
   Riggs & Ray, PC
   3307 Northland Dr, Suite 215
   Austin, TX 78731
   E-mail address: jray@r-alaw.com

## Documents Served

1) ECF No. 1-1 – Civil Cover Sheet; Notice of Electronic Filing.

2) ECF No. 2 – Motion for E. Vanessa Assae-Bille to Appear *Pro Hac Vice*; Notice of Electronic Filing.

3) ECF No. 3 – Motion for Alexis Christensen to Appear *Pro Hac Vice*; Notice of Electronic Filing.

4) ECF No. 4 – Motion for Andrea Michelle Lowe to Appear *Pro Hac Vice*; Notice of Electronic Filing.

5) ECF No. 5 – Request to Issue 21 Day Summons as to Colony Ridge Development, LLC; Notice of Electronic Filing.

6) ECF No. 6 – Request to Issue 21 Day Summons as to Colony Ridge Land, LLC; Notice of Electronic Filing.

7) ECF No. 7 – Request to Issue 21 Day Summons as to Colony Ridge Land, LLC;[1] Notice of Electronic Filing.

8) ECF No. 8 – Request to Issue 21 Day Summons as to Loan Originator Services, LLC; Notice of Electronic Filing.

9) ECF No. 10 – Request to Issue 21 Day Summons as to Colony Ridge BV, LLC; Notice of Electronic Filing.

10) ECF No. 11 – 21 Day Summons Issued as to Colony Ridge Development, LLC; Notice of Electronic Filing.

---

[1] Please note that ECF No. 7 mistakenly identifies the defendant to be summoned as Colony Ridge Land, LLC, instead of Colony Ridge BV, LLC. ECF No. 10 corrects this error.

11) ECF No. 12 – 21 Day Summons Issued as to Colony Ridge Land, LLC; Notice of Electronic Filing.

12) ECF No. 13 – Motion for Jimmy S. McBirney to Appear *Pro Hac Vice*; Notice of Electronic Filing.

13) ECF No. 14 – 21 Day Summons Issued as to Loan Originator Services, LLC; Notice of Electronic Filing.

14) ECF No. 15 – 21 Day Summons Issued as to Colony Ridge BV, LLC; Notice of Electronic Filing.

15) ECF No. 16 – Motion for Melissa A. Carrington to Appear *Pro Hac Vice*; Notice of Electronic Filing.

16) ECF No. 17 – Order Granting Motion for E. Vanessa Assae-Bille to Appear *Pro Hac Vice*; Notice of Electronic Filing.

17) ECF No. 18 – Order Granting Motion for Jimmy S. McBirney to Appear *Pro Hac Vice*; Notice of Electronic Filing.

18) ECF No. 19 – Order Granting Motion for Melissa A. Carrington to Appear *Pro Hac Vice*; Notice of Electronic Filing.

19) ECF No. 20 – Order Granting Motion for Andrea Michelle Lowe to Appear *Pro Hac Vice*; Notice of Electronic Filing.

20) ECF No. 21 – Order Granting Motion for Alexis Christensen to Appear *Pro Hac Vice*; Notice of Electronic Filing.

21) ECF No. 22 – Motion for Hannah C. Abelow to Appear *Pro Hac Vice*; Notice of Electronic Filing.

22) ECF No. 23 – Order Granting Motion for Hannah C. Abelow to Appear *Pro Hac Vice*; Notice of Electronic Filing.

DATED: January 5, 2024                                     Respectfully submitted,

s/ *Melissa A. Carrington*                                         s/ *E. Vanessa Assae-Bille*

<div style="column-count:2">

MELISSA A. CARRINGTON
Attorney-in-Charge; *pro hac vice*
TERRANCE K. MANGAN,
*pro hac vice to be filed*
JIMMY S. MCBIRNEY, *pro hac vice*
HANNAH C. ABELOW, *pro hac vice*

Trial Attorneys
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
150 M Street, NE
Washington, DC 20530
Tel: (202) 514-4713
Fax: (202) 514-1116
Email: melissa.carrington2@usdoj.gov
　　　　terrence.mangan2@usdoj.gov
　　　　jimmy.s.mcbirney2@usdoj.gov
　　　　hannah.abelow@usdoj.gov

*Attorneys for Plaintiff*
*United States of America*

E. VANESSA ASSAE-BILLE
Attorney-in-Charge; *pro hac vice*
ALEXIS C. CHRISTENSEN, *pro hac vice*
ANDREA M. LOWE, *pro hac vice*

Office of Enforcement
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Tel: (202) 435-7000
Fax: (202) 435-7722
Email: elisabeth.assae-bille@cfpb.gov
　　　　alexis.christensen@cfpb.gov
　　　　andrea.lowe@cfpb.gov

*Attorneys for Plaintiff*
*Consumer Financial Protection Bureau*

</div>