5/1/24

Atentamete Rodolfo Hernandez
Virginia Hernandez

# Caso No. 23-cv-4729

#cel  832)746-0263 Rodolfo
     832)352-6709 Virginia

United States Courts
Southern District of Texas
FILED

JAN 0 5 2024

Nathan Ochsner, Clerk of Court

5/1/24

Sr Juez Nos queremos unir a la demanda colectiva que se esta realizando en contra de Colony Ridge ya que solo quiero saber si fue legal lo que me hicieron con un terreno que compre a terrenos tejas a pagar a 5 años y Lo termine de pagar en 3 años 6 meses y al siguiente mes me llego una carta de una demanda en contra mia diciendo que ese terreno Bera de colony Ridge que les tenia que pagar $17,000 si no iva a perder el terreno

Hoy por televicion estan pasando una demanda encontra de Colony Ridge para Unirce en contra de su Injusticia yo solamente quiero saber si Fue legal lo que me hicieron Trate de contactarme con terrenos Tejas y supe que el dueño esta en la carcel por la misma razon de Fraude y nadie me respondio y el abogado Beard & Lane me dijo que era mejor que les pagara y uniera a ellos porque si no perderia

**TRANSLATION**

(4:23-cv-04729    Consumer Financial Protection Bureau v. Colony Ridge Development, LLC et al)

Your Honor, we want to join a collective lawsuit filed against Colony Ridge. I just want to know if what they did to me was legal regarding a plot of land that I bought from Terrenos Tejas to be paid in five years. I paid it off in three years and six months, and the following month, I received a letter with a lawsuit against me, telling me that that plot of land belongs to Colony Ridge and that I would have to pay them $17,000 or else I was going to lose my land.

Today I saw on TV that they are suing Colony Ridge to join as one against this injustice. I would just like to know if what they did to me was legal. I tried to contact the Terrenos Tejas and found out that the owner is incarcerated for the same reason: fraud, and no one answered my questions. The attorney Beard and Lane told me that it would be best if I pay them and join them so that I would not lose my land.

Respectfully yours, Rodolfo Hernandez, and Virginia Hernandez

case number 23 –cv– 4729

832-746-0263 Rodolfo

832-352-6709 Virginia

---

**CERTIFICATION**

I, Ramón del Villar, Jr., Federally Certified Court Interpreter, certify that this is a true and correct translation from English to Spanish of the original.

_____ Date: 1/17/2023

Ramón del Villar, Jr., U. S. Certified Court Interpreter
Southern District of Texas,
Houston Division