UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Consumer Financial Protection Bureau, et al.

v.  Case Number: 4:23−cv−04729

Colony Ridge Development, LLC, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 6/28/2024

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Initial Conference


Date:   April 21, 2024

Nathan Ochsner, Clerk