# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.,<br>    Plaintiffs,<br><br>v.<br><br><br>COLONY RIDGE DEVELOPMENT, LLC, et al.,<br>    Defendants. | CIVIL ACTION NO. 4:23-cv-04729 |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Michael R. Abrams, Attorney at Law, hereby enters his appearance as additional attorney of record for Colony Ridge Development, LLC, Colony Ridge BV, LLC, and Colony Ridge Land, LLC, (collectively, "Colony Ridge"), Defendants, in all further proceedings in this cause of action, and requests that all future notices, pleadings and communications from the Court or counsel be sent to the undersigned.

If the undersigned counsel has a change of address, phone or email, counsel shall notify the Court and respective counsel of such changes in a timely manner.

May 29, 2024                                             Respectfully submitted.


                                            By: */s/ Michael R. Abrams*
                                                Michael R. Abrams
                                                Texas Bar No. 24087072
                                                michael@stonehilton.com

                                                Judd E. Stone II
                                                Texas Bar No. 24076720
                                                Christopher D. Hilton
                                                Texas Bar No. 24087727
                                                Ari Cuenin
                                                Texas Bar No. 24078385

STONE | HILTON PLLC
1115 W. Slaughter Lane
Austin, TX 78748
Telephone: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on May 29, 2024, the foregoing document was electronically filed with the CM/ECF system, thereby effectuating service on counsel for all parties.

      */s/ Michael R. Abrams*
      Michael R. Abrams