| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

CFPB + U.S.A.

v.

Colony Ridge Development et al

CASE NUMBER 4:23CV4729

United States Courts
Southern District of Texas
FILED

JUN 20 2024

Nathan Ochsner, Clerk of Court

USB Flash Drive

Exh 1-P, 1-Z to docket # 78

**DOCUMENT IS:**

☐ LOOSE IN FILE

☐ IN VAULT SEALED

☑ IN BROWN EXPANDABLE FOLDER

INSTRUMENT #_____



U.S. Department of Justice

Civil Rights Division

Housing and Civil Enforcement Section

| | |
|---|---|
| U.S. Mail: | 950 Pennsylvania Avenue, NW - 4CON<br>Washington, DC 20530 |
| Overnight: | 150 M Street, NE<br>Washington, DC 20002 |

United States Courts
Southern District of Texas
**FILED**

JUN 20 2024

Nathan Ochsner, Clerk of Court

*Via Hand Delivery*

June 20, 2024

**Nathan Ochsner**
**Clerk of the Court**
**U.S. District Court for the Southern District of Texas**
**515 Rusk Street**
**Houston, TX 77002**

    Re:    ***CFPB & United States v. Colony Ridge Development, LLC et al.***
            Case No. 23-cv-4729
            Plaintiffs' Opposed Motion for Protective Order Regarding Immigration Status
            Copies of Plaintiffs' Exhibits 1-1, 1-2 (ECF 78-1)

Dear Mr. Ochsner:

Attached please find a USB flash drive containing Exhibits 1-1 and 1-2 to Plaintiffs' Opposed Motion for Protective Order Regarding Immigration Status, filed June 18, 2024 (ECF 78). The password for the flash drive is 1228203, and instructions for opening the flash drive are included.

Please do not hesitate to contact me with any questions at (202) 353-5249 or melissa.carrington2@usdoj.gov.

                                    Sincerely,

        By:        *s/ Melissa A. Carrington*
                    Melissa A. Carrington
                    Senior Trial Attorney
            Housing and Civil Enforcement Section

Enclosure

CC:    All counsel

        Law Clerk to Judge Alfred H. Bennett
        United States District Court
        515 Rusk St., Room 8624
        Houston, TX 77002

## Verbatim Secure Pro USB Instructions

Accessing the password-protected Store 'n' Go Secure Pro

1. Insert the Secure Pro USB into an available USB port. *(**If you are prompted to update Flash see instruction on pg. 2**)*
2. Open the virtual DVD RW Secure Pro Drive and double-click on "Secure Pro .EXE file". The Verbatim Store 'n' Go Secure Pro tool opens.



3. Enter your password and click "Next". Your password-protected Store 'n' Go Secure Pro will now be accessible in "My Computer".



\*\*This updater fixes issues associated with the discontinuation of Adobe Flash® as well as compatibility issues with newer macOS® versions when using the Verbatim Secure Pro USB drive.

1. Download the Windows® updater .zip folder from the following location [verbatim.com/securepro](http://verbatim.com/securepro)
2. Unzip the downloaded folder to the desktop using WinZip, 7zip or similar.
3. Insert the Secure Pro USB into an available USB port.
4. Double click on the unzipped file called "Updater.exe" located on the desktop per step 2.
5. On the popup window, click "Start."
6. The software will update your drive. If successful, a popup will notify you. Click "OK."
7. The drive is now updated and can be accessed normally.