# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

Consumer Financial Protection Bureau, et al.

v.   Case Number: 4:23−cv−04729

Colony Ridge Development, LLC, et al.

---

# NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Motion Hearing set for 8/9/2024 at 02:00 PM before Judge Alfred H Bennett.

**PLACE**
Courtroom 9A
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: June 30, 2024

Nathan Ochsner, Clerk, Clerk
s/ 4 LisaREdwards, Deputy Clerk