United States District Court
Southern District of Texas
**ENTERED**
September 25, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., § § § Plaintiffs, § § vs. § CIVIL ACTION NO. 4:23-CV-4729 § § COLONY RIDGE § DEVELOPMENT, LLC, et al., § § Defendants. § | |

### ORDER

Before the Court is Colony Ridge Defendants' Unopposed Motion for Extension of Time to File Answer. The Court concludes that the motion has merit and should be, and hereby is, **GRANTED**. Accordingly, Defendants Colony Ridge Development, LLC, Colony Ridge BV, LLC, and Colony Ridge Land, LLC shall file their answer on the earlier date of either (a) 14 days after Plaintiffs file an amended complaint, or (b) if Plaintiffs do not file an amended complaint, 14 days after the Court's deadline to file an amended complaint has elapsed.

It is so **ORDERED**.

September 25, 2024
Date

The Honorable Alfred H. Bennett
United States District Judge