# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.,<br>　　　Plaintiffs,<br><br>v.<br><br>COLONY RIDGE DEVELOPMENT, LLC, et al.,<br>　　　Defendants. | CIVIL ACTION NO. 4:23-cv-04729 |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Judd E. Stone II, Attorney at Law, hereby enters his appearance as additional attorney of record for Colony Ridge Development, LLC, Colony Ridge BV, LLC, and Colony Ridge Land, LLC, (collectively, "Colony Ridge"), Defendants, in all further proceedings in this cause of action, and requests that all future notices, pleadings and communications from the Court or counsel be sent to the undersigned.

If the undersigned counsel has a change of address, phone or email, counsel shall notify the Court and respective counsel of such changes in a timely manner.

September 27, 2024　　　　　　　　　　　　Respectfully submitted.

　　　　　　　　　　　　　　　　　　By: */s/ Judd E. Stone II*
　　　　　　　　　　　　　　　　　　Judd E. Stone II
　　　　　　　　　　　　　　　　　　Texas Bar No. 24076720
　　　　　　　　　　　　　　　　　　judd@stonehilton.com

　　　　　　　　　　　　　　　　　　Christopher D. Hilton
　　　　　　　　　　　　　　　　　　Texas Bar No. 24087727
　　　　　　　　　　　　　　　　　　Ari Cuenin
　　　　　　　　　　　　　　　　　　Texas Bar No. 24078385
　　　　　　　　　　　　　　　　　　Michael R. Abrams
　　　　　　　　　　　　　　　　　　Texas Bar No. 24087072

        Alexander M. Dvorscak
        Texas Bar No. 24120461
        **STONE | HILTON PLLC**
        600 Congress Ave., Suite 2350
        Austin, TX 78701
        Telephone: (737) 465-3897
        chris@stonehilton.com
        ari@stonehilton.com
        michael@stonehilton.com
        alex@stonehilton.com

        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on September 27, 2024, the foregoing document was electronically filed with the CM/ECF system, thereby effectuating service on counsel for all parties.

        */s/ Judd E. Stone II*
        Judd E. Stone II