| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-04729 |
|---|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU and UNITED STATES OF AMERICA ||||
| *versus* ||||
| COLONY RIDGE DEVELOPMENT, LLC, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jesse Stewart<br>Consumer Financial Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552<br>(202) 430-0628; jesse.stewart@cfpb.gov<br>New York Bar No. 5145495 |
|---|---|

| Name of party applicant seeks to appear for: | Consumer Financial Protection Bureau |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/11/2024 | Signed: s/ Jesse Stewart |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

### Order

**This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
United States District Judge