UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU and <br><br> UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> COLONY RIDGE DEVELOPMENT, LLC, d/b/a Terrenos Houston, Terrenos Santa Fe, and Lotes y Ranchos; <br><br> COLONY RIDGE BV, LLC; and <br><br> COLONY RIDGE LAND, LLC, formerly d/b/a Terrenos Houston and Lotes y Ranchos, <br><br> Defendants. | Case No. 23-cv-4729 <br><br> Judge Alfred H. Bennett |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF OPPOSED MOTION FOR PROTECTIVE ORDER REGARDING IMMIGRATION STATUS**

On June 18, 2024, Plaintiffs United States of America ("United States") and Consumer Financial Protection Bureau ("Bureau") filed an opposed motion for protective order regarding immigration status. ECF No. 78. Defendants responded, ECF Nos. 85, 86, and Plaintiffs replied, ECF No. 88. The Court held a hearing on the motion on August 9, 2024, and directed the parties to meet and confer again regarding the issues raised in the motion. ECF No. 82. Following the hearing, the parties conferred and agreed upon a stipulation pursuant to Federal Rule of Civil Procedure 29.

In light of the parties' stipulation, Plaintiffs withdraw their motion, ECF 78. The undersigned consulted with counsel for Defendants, who have no objection to the withdrawal of the motion.

1

DATED: October 22, 2024

*s/ Melissa A. Carrington*
MELISSA A. CARRINGTON
Attorney-in-Charge *(pro hac vice)*
IA Bar No. 13033

TERRENCE K. MANGAN, JR. *(pro hac vice)*
MD Bar No. 2006010006

HANNAH C. ABELOW *(pro hac vice)*
NY Reg. No. 5931464

ABIGAIL B. MARSHAK *(pro hac vice)*
NY Reg. No. 5350053

Trial Attorneys
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
150 M Street, NE
Washington, DC 20530
Tel: (202) 514-4713
Fax: (202) 514-1116
Email: melissa.carrington2@usdoj.gov
        terrence.mangan2@usdoj.gov
        hannah.abelow@usdoj.gov
        abigail.marshak@usdoj.gov

ALAMDAR S. HAMDANI
United States Attorney

DANIEL DAVID HU
Civil Division
Chief

*s/ Elizabeth F. Karpati*
ELIZABETH F. KARPATI
SDTX: 20567
TX Bar No. 00794069

Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, TX 77002
Tel: (713) 567-9767
Fax: (713) 718-3303
Email: elizabeth.karpati@usdoj.gov

*Attorneys for Plaintiff*
*United States of America*

Respectfully submitted,

*s/  Alexis Christensen*
ALEXIS C. CHRISTENSEN *(pro hac vice)*
DC Bar No. 1723838

JESSE STEWART
Attorney-in-Charge *(pro hac vice)*
NY Bar No. 5145495

ANDREA M. LOWE *(pro hac vice)*
DC Bar No. 187250

Office of Enforcement
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Tel: (202) 435-7000
Fax: (202) 435-7722
Email: jesse.stewart@cfpb.gov
        alexis.christensen@cfpb.gov
        andrea.lowe@cfpb.gov

*Attorneys for Plaintiff*
*Consumer Financial Protection Bureau*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2024, I filed the foregoing with the CM/ECF system, which sent electronic notice to all counsel of record.

*s/ Melissa A. Carrington*

MELISSA A. CARRINGTON
*Counsel for Plaintiff United States of America*