**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.,<br>    Plaintiffs,<br><br>v.<br><br>COLONY RIDGE DEVELOPMENT, LLC, et al.,<br>    Defendants. | CIVIL ACTION NO. 4:23-cv-04729 |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Cody C. Coll, Attorney at Law, hereby enters his appearance as additional attorney of record for Defendants Colony Ridge Development, LLC, Colony Ridge BV, LLC, and Colony Ridge Land, LLC (collectively, "Colony Ridge"), in all further proceedings in this cause of action, and requests that all future notices, pleadings and communications from the Court or counsel be sent to the undersigned.

If the undersigned counsel has a change of address, phone or email, counsel shall notify the Court and respective counsel of such changes in a timely manner.

December 16, 2024
                                        Respectfully submitted.

                                        By: _____
                                               Cody C. Coll
                                               Texas Bar No. 24116214
                                               cody@stonehilton.com

        Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
Ari Cuenin
Texas Bar No. 24078385
**STONE | HILTON PLLC**
1115 W. Slaughter Lane
Austin, TX 78748
Telephone: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on December 16, 2024, the foregoing document was electronically filed with the CM/ECF system, thereby effectuating service on counsel for all parties.

_____
Cody C. Coll