United States District Court
Southern District of Texas
**ENTERED**
January 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, | § § § § § § § § § § § § | |
| Plaintiffs, | | |
| VS. | | CIVIL ACTION NO. 4:23-CV-04729 |
| COLONY RIDGE DEVELOPMENT, LLC, *et al.*, | | |
| Defendants. | | |

### ORDER

Before the Court is Plaintiffs' Notice of Withdrawal of Opposed Motion for Protective Order. Doc. #104. Defendants are unopposed. Thus, the Court finds that Document #78 shall be WITHDRAWN from the record.

It is so ORDERED.

JAN 0 6 2025
Date

The Honorable Alfred H. Bennett
United States District Judge