| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|---|
| PLAINTIFF<br>Consumer Financial Protection Bureau and United States of America | UNITED STATES MARSHAL<br>2025 JAN 14 PM 2:19<br>SOUTHERN DIST. S/TX | COURT CASE NUMBER<br>4:23-cv-4729 |
| DEFENDANT<br>Colony Ridge Development, LLC, et al. | | TYPE OF PROCESS<br>Subpoena |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Crowe LLP

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
c/o CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201-2136

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| ATTN: Terrence K. Mangan, Jr., terrence.mangan2@usdoj.gov<br>Housing & Civil Enforcement, Civil Rights Division, U.S. Department of Justice<br>150 M. Street NE<br>Washington, D.C. 20002 | Number of process to be served with this Form 285: 1<br>Number of parties to be served in this case: 1<br>Check for service on U.S.A. |

United States Courts
Southern District of Texas
**FILED**
FEB 03 2025
Nathan Ochsner, Clerk of Court

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of:<br>Terrence Kevin Mangan, Jr. *Digitally signed by Terrence Kevin Mangan, Jr. Date: 2025.01.14 13:05:12 -05'00'* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(202) 531-5995 | DATE<br>1/14/2025 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 79 | District to Serve<br>No. 77 | Signature of Authorized USMS Deputy or Clerk<br>Karen Flores | Date<br>1/14/2025 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Zachary Rouse

Date: 1/29/25  Time: 04:30 pm

Address (complete only different than shown above)
1999 Bryan St, Suite 900, Dallas TX

Signature of U.S. Marshal or Deputy

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

Form USM-285
Rev. 03/21

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 4:23-cv-4729

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* __Crowe LLP__
on *(date)* __01/14/25__.

☒ I served the subpoena by delivering a copy to the named person as follows: __CT Corp__

on *(date)* __1/29/25__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __1/29/25__

_____
*Server's signature*

Randall Clore
*Printed name and title*

1100 Commerce St., Dallas TX 75242
*Server's address*

Additional information regarding attempted service, etc.: