United States District Court
Southern District of Texas
**ENTERED**
March 14, 2025
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 4:23-cv-4729 ) Judge Alfred H. Bennett |
| COLONY RIDGE DEVELOPMENT, LLC, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER EXTENDING DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTIONS

The Court has considered Plaintiff United States' Unopposed Motion to Extend Deadlines for Discovery and Dispositive Motions (the "Unopposed Motion") set in this Court's Scheduling Order (ECF 83).

Having fully considered the Unopposed Motion and for good cause shown, the Court grants the Unopposed Motion.

Thus, the Court **ORDERS** that the Scheduling Order is modified to reflect the new deadlines for discovery and dispositive motions in the attached Revised Scheduling Order. The pre-trial and trial deadlines are also adjusted as determined by the Court.

It is so **ORDERED**.

MAR 1 2 2025
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge