Case 4:23-cv-04729   Document 115   Filed on 03/17/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CONSUMER FINANCIAL PROTECTION § 
BUREAU, *et al.*, §
 §
    Plaintiffs, §
 §
VS. §   CIVIL ACTION NO. 4:23-CV-04729
 §
COLONY RIDGE DEVELOPMENT, LLC, §
*et al.*, §
 §
    Defendants. §

## SCHEDULING ORDER

1. August 28, 2024    **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
   Party requesting joinder will furnish a copy of this scheduling order to new parties.

2a. August 18, 2025    **EXPERTS**
   Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2).

2b. September 18, 2025    Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2).

3 November 24, 2025    **DISCOVERY**
   Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post-deadline discovery.

4. January 26, 2026 **MOTIONS DEADLINE**
Including any motion challenging an expert witness. (Only motions in limine on issues other than experts may be filed after this date) The motion deadline may <u>not</u> be changed by agreement.

5a. March 13, 2026 **JOINT PRETRIAL ORDER**
THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order on this date. (Where available, Defendant should supply Plaintiff with an electronic copy).

5b. March 27, 2026 THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date.

6. April 10, 2026 **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A

7. April 13, 2026 **TRIAL** is set for 9:00 a.m. in Courtroom 9A
Case is subject to being called to trial on short notice during the two-week period beginning on this date.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on March 17, 2025, at Houston, Texas.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE