UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COLONY RIDGE DEVELOPMENT, LLC, et al., )<br>)<br>Defendants. )<br>) | Case No. 4:23-cv-4729<br>Judge Alfred H. Bennett |

**JOINT AGREED MOTION TO STAY REMAINING DEADLINES FOR MEDIATION**

Plaintiffs United States and Consumer Financial Protection Bureau ("Plaintiffs") and Defendants Colony Ridge Development, LLC; Colony Ridge BV, LLC; and Colony Ridge Land, LLC ("Defendants") jointly move the Court to stay all pending deadlines in this matter for the parties to engage in mediation to resolve this case. Plaintiffs and Defendants request that all pending deadlines in the case, as well as resolution of the pending Motion for Interlocutory Appeal [ECF 99] and the discovery dispute letter on behalf of Plaintiff the Consumer Financial Protection Bureau dated January 29, 2025, be stayed for ninety (90) days so that mediation can be conducted and the appropriate resolution finalized. A stay will allow the parties to preserve time and resources that they would otherwise expend in meeting existing litigation deadlines and allow the parties to focus on the upcoming mediation. The stay will also conserve judicial resources, noting that there is currently a set of discovery disputes before the Court for resolution. The parties do not make this motion for purposes of delay, but for good cause.

If mediation is unsuccessful, the parties will file a status report with the Court and an updated amended proposed scheduling order to facilitate the timely resolution of this matter. A proposed order is attached.

| | |
|---|---|
| Dated: April 29, 2025 | Respectfully submitted, |
| HARMEET K. DHILLON | CARA PETERSEN |
| Assistant Attorney General<br>Civil Rights Division | Acting Enforcement Director |
| MICHAEL E. GATES | DEBORAH MORRIS |
| Deputy Assistant Attorney General<br>Civil Rights Division | Deputy Enforcement Director |
| CARRIE PAGNUCCO | REBECCAH BOWER |
| Chief | Assistant Litigation Deputy |
| VARDA HUSSAIN | |
| Principal Deputy Chief | |
| */s Melissa A. Carrington* | */s Alexis Christensen* |
| _____ | _____ |
| MELISSA A. CARRINGTON | ALEXIS CHRISTENSEN *(pro hac vice)* |
| Attorney-in-Charge<br>*pro hac vice*; IA Bar No. 13033 | DC Bar No. 1723838 |
| TERRENCE K. MANGAN, JR. | JESSE STEWART |
| *pro hac vice*; MD Bar No. 2006010006 | Attorney-in-Charge *(pro hac vice)*<br>NY Bar No. 5145495 |
| ABIGAIL B. MARSHAK | ANDREA M. LOWE *(pro hac vice)* |
| *pro hac vice*; NY Reg. No. 5350053 | DC Bar No. 187250 |

ADAM M. WESOLOWSKI

*pro hac vice*; IL Bar No. 6314252

Trial Attorneys  
Housing and Civil Enforcement Section  
Civil Rights Division  
U.S. Department of Justice  
150 M Street, NE  
Washington, DC 20530  
Tel: (202) 514-4713  
Fax: (202) 514-1116  
Email: melissa.carrington2@usdoj.gov  
　　　　terrence.mangan2@usdoj.gov  
　　　　abigail.marshak@usdoj.gov  
　　　　adam.m.wesolowski@usdoj.gov  

Attorneys for Plaintiff  
Consumer Financial Protection Bureau  
Office of Enforcement  
1700 G Street, NW  
Washington, DC 20552  

Tel: (202) 435-7000  
Fax: (202) 435-7722  
Email: jesse.stewart@cfpb.gov  
　　　　alexis.christensen@cfpb.gov  
　　　　andrea.lowe@cfpb.gov  

NICHOLAS J. GANJEI  
United States Attorney  

DANIEL DAVID HU  
Civil Division  
Chief  

ELIZABETH F. KARPATI  
SDTX: 20567  
TX Bar No. 00794069  
Assistant United States Attorney  
1000 Louisiana, Suite 2300  
Houston TX 77002  
Tel: (713) 567-9767  
Fax: (713) 718-3303  
Email: elizabeth.karpati@usdoj.gov

Jason Ray
Texas Bar No. 24000511
**RIGGS & RAY, P.C.**
3307 Northland Dr., Ste 215
Austin, Texas 78731
(512) 457-9806 (Telephone)
(512) 457-9866 (Fax)
jray@r-alaw.com

Philip H. Hilder
Texas Bar No. 09620050
Q. Tate Williams
Texas Bar No.24013760
Stephanie K. McGuire
Texas Bar No. 11100520
**HILDER & ASSOCIATES, P.C.**
819 Lovett Blvd.
Houston, Texas 77006
(713) 655-9111–telephone
(713) 655-9112–facsimile
philip@hilderlaw.com
tate@hilderlaw.com
stephanie@hilderlaw.com

Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
Ari Cuenin
Texas Bar No. 24078385
Alexander M. Dvorscak
Texas Bar No. 24120461
Michael R. Abrams
Texas Bar No. 24087072
**STONE | HILTON PLLC**
600 Congress Ave., Ste. 2350
Austin, TX 78701
(737) 465-3897-telephone
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
alex@stonehilton.com
michael@stonehilton.com
*Attorneys for Defendants*
*Colony Ridge Development, LLC,*
*Colony Ridge BV, LLC, and Colony Ridge Land, LLC*

4

## CERTIFICATE OF CONFERENCE

    I hereby certify that the parties conferred regarding this motion prior to filing and jointly agreed to file it.

*s/ Melissa A. Carrington*
MELISSA A. CARRINGTON

*Counsel for Plaintiff United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2025, I filed the foregoing with the CM/ECF system, which sent electronic notice to all counsel of record.

*s/ Melissa A. Carrington*
MELISSA A. CARRINGTON

*Counsel for Plaintiff United States of America*
