United States District Court
Southern District of Texas
**ENTERED**
May 13, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., ) ) ) Plaintiffs, ) ) v. ) ) COLONY RIDGE DEVELOPMENT, LLC, et al., ) ) ) Defendants. ) ) | Case No. 4:23-cv-4729<br>Judge Alfred H. Bennett |

## ORDER STAYING ALL REMAINING DEADLINES IN CASE FOR MEDIATION

The Court has considered the parties' Joint Agreed Motion to Stay Remaining Deadlines For Mediation (the "Joint Agreed Motion").

Having fully considered the Joint Agreed Motion and for good cause shown, the Court grants the Joint Agreed Motion.

Thus, the Court **ORDERS** that all deadlines in the existing Scheduling Order (ECF 115), as well as the resolution of the Motion for Interlocutory Appeal (ECF 99) and the discovery dispute letter submitted by Plaintiff Consumer Financial Protection Bureau dated January 29, 2025, are stayed for a period of ninety (90) days for the parties to conduct mediation. If mediation is unsuccessful, the parties are ordered to file a status report with the Court and an updated amended proposed scheduling order.

It is so **ORDERED**.

May 13, 2025
Date

_____
The Honorable Alfred H. Bennett
United States District Judge