UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>COLONY RIDGE DEVELOPMENT, LLC, et al., )<br> )<br>Defendants. )<br> ) | Case No. 4:23-cv-4729<br>Judge Alfred H. Bennett |

## JOINT MOTION TO EXTEND STAY FOR ADDITIONAL SETTLEMENT DISCUSSIONS

Plaintiffs United States and Consumer Financial Protection Bureau ("Plaintiffs") and Defendants Colony Ridge Development, LLC; Colony Ridge BV, LLC; and Colony Ridge Land, LLC ("Defendants") (together, the "Parties") jointly move the Court to extend the current stay in the above-captioned case for thirty (30) days so the parties can continue focusing on settlement discussions.

Good cause supports the Parties' motion. The Parties have made significant progress toward settlement and believe that continued settlement discussions will be productive. Indeed, after two months of negotiations, including appearances in June before a private mediator, on August 4, 2025, Plaintiffs most recently sent Defendants an updated settlement demand, to which Defendants have committed to responding by August 13, 2025. Extending the stay will thus allow the Parties to focus on attempting to resolve this case. The stay extension could also conserve judicial resources, as discovery disputes are currently pending before the Court.

WHEREFORE, the Parties respectfully request that this Court enter an order staying this case for thirty days for continued settlement negotiations and requiring the Parties to file a status

report at the conclusion of the thirty-day stay advising the Court of the status of settlement negotiations. A proposed order is attached.

| | |
|---|---|
| Dated: August 12, 2025 | Respectfully submitted, |

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

| | |
|---|---|
| MICHAEL E. GATES | MICHAEL SALEMI |
| Deputy Assistant Attorney General<br>Civil Rights Division | Principal Deputy Enforcement Director |
| | |
| CARRIE PAGNUCCO | DEBORAH MORRIS |
| Chief | Assistant Principal Deputy Enforcement Director |
| | |
| VARDA HUSSAIN | REBECCAH BOWER |
| Principal Deputy Chief | Assistant Deputy Enforcement Director |
| | |
| */s/ Abigail Marshak* | */s/ Jesse Stewart* |
| TERRENCE K. MANGAN, JR.<br>Attorney-in-Charge (*pro hac vice*)<br>MD Bar No. 2006010006 | JESSE STEWART<br>Attorney-in-Charge *(pro hac vice)*<br>NY Reg. No. 5145495 |
| ABIGAIL B. MARSHAK (*pro hac vice*)<br>NY Reg. No. 5350053 | E. VANESSA ASSAE-BILLE (*pro hac vice*)<br>NY Reg. No. 5165501 |
| Housing and Civil Enforcement Section<br>Civil Rights Division,<br>U.S. Department of Justice<br>150 M Street, NE<br>Washington, DC 20530<br>Tel: (202) 531-5995<br>Fax: (202) 514-1116<br>Email: terrence.mangan2@usdoj.gov<br>          abigail.marshak@usdoj.gov | Office of Enforcement<br>Consumer Financial Protection Bureau<br>1700 G Street, NW<br>Washington, DC 20552<br>Tel: (202) 435-7000<br>Fax: (202) 435-7722<br>Email: jesse.stewart@cfpb.gov<br>          elizabeth.assae-bille@cfpb.gov |
| | ***Attorneys for Plaintiff***<br>***Consumer Financial Protection Bureau*** |

NICHOLAS J. GANJEI
United States Attorney

DANIEL DAVID HU
Civil Division
Chief

*/s/ Elizabeth F. Karpati*
ELIZABETH F. KARPATI
SDTX: 20567
TX Bar No. 00794069
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston TX 77002
Tel: (713) 567-9767
Fax: (713) 718-3303
Email: elizabeth.karpati@usdoj.gov

**Attorneys for Plaintiff United States of America**

*/s/ Christopher Hilton*
Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
Ari Cuenin
Texas Bar No. 24078385
Alexander M. Dvorscak
Texas Bar No. 24120461
Michael R. Abrams
Texas Bar No. 24087072
**STONE | HILTON PLLC**
600 Congress Ave., Ste. 2350
Austin, TX 78701
(737) 465-3897-telephone
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
alex@stonehilton.com
michael@stonehilton.com

Jason Ray
Texas Bar No. 24000511
**RIGGS & RAY, P.C.**
3307 Northland Dr., Ste 215
Austin, Texas 78731
(512) 457-9806 (Telephone)
(512) 457-9866 (Fax)
jray@r-alaw.com

Philip H. Hilder
Texas Bar No. 09620050
Q. Tate Williams
Texas Bar No.24013760
Stephanie K. McGuire
Texas Bar No. 11100520
**HILDER & ASSOCIATES, P.C.**
819 Lovett Blvd.
Houston, Texas 77006
(713) 655-9111–telephone
(713) 655-9112–facsimile
philip@hilderlaw.com
tate@hilderlaw.com
stephanie@hilderlaw.com

***Attorneys for Defendants Colony Ridge Development, LLC, Colony Ridge BV, LLC, and Colony Ridge Land, LLC***

4

**CERTIFICATE OF CONFERENCE**

I hereby certify that the parties conferred regarding this Joint Motion to Extend Stay for Additional Settlement Discussions prior to filing and jointly agreed to file it.

*s/ Abigail B. Marshak*
Abigail B. Marshak

*Counsel for Plaintiff United States of America*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 12, 2025, I filed the foregoing with the CM/ECF system, which sent electronic notice to all counsel of record.

                                            *s/ Abigail B. Marshak*
                                            Abigail B. Marshak

                                            *Counsel for Plaintiff United States of America*