UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § § | Case No. 4:23-cv-4729 |
| COLONY RIDGE DEVELOPMENT, LLC, *et al.*, | § § § § | |
| Defendants. | § § | |

### PROPOSED ORDER EXTENDING STAY

The Court has considered the Parties' Joint Motion to Extend Stay for Additional Settlement Discussions (the "Joint Motion"). Having fully considered the Joint Motion and for good cause shown, the Court grants the Joint Motion. Thus, the Court **ORDERS** that the stay granted on May 13, 2025, (ECF 118), be extended for an additional period of thirty (30) days. The Court further **ORDERS** that the Parties file a status report at the conclusion of the thirty-day stay advising the Court of the status of settlement negotiations. The Clerk shall enter this Order and provide a copy to all Parties.

SIGNED on _____, at Houston, Texas

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE