United States District Court
Southern District of Texas
**ENTERED**
August 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., § § § Plaintiffs, § § VS. § COLONY RIDGE DEVELOPMENT, LLC, et al., § § § Defendants. § | Case No. 4:23-cv-4729 |

### ORDER EXTENDING STAY

The Court has considered the Parties' Joint Motion to Extend Stay for Additional Settlement Discussions (the "Joint Motion"). Doc. #129. Having fully considered the Joint Motion and for good cause shown, the Court grants the Joint Motion. Doc. #129. Thus, the Court **ORDERS** that the stay granted on May 13, 2025 (Doc. #118), be extended for an additional period of thirty (30) days. The Court further **ORDERS** that the Parties file a status report at the conclusion of the thirty-day stay, September 10, 2025, advising the Court of the status of settlement negotiations. The Clerk shall enter this Order and provide a copy to all Parties.

SIGNED on AUG 1 5 2025, at Houston, Texas

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE