UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 4:23-cv-4729<br>) Judge Alfred H. Bennett |
| COLONY RIDGE DEVELOPMENT, LLC, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

### JOINT MOTION TO EXTEND STAY FOR ADDITIONAL SETTLEMENT DISCUSSIONS

Plaintiffs United States and Consumer Financial Protection Bureau ("Bureau") (together, the "Plaintiffs") and Defendants Colony Ridge Development, LLC; Colony Ridge BV, LLC; and Colony Ridge Land, LLC ("Defendants") (together, the "Parties") jointly move the Court to extend the current stay in the above-captioned case for forty-five (45) days so the parties can continue focusing on settlement discussions.

Good cause supports the Parties' motion. The Parties have continued to make progress toward settlement, including exchanging updated demands. Additional time will facilitate finalizing any agreement through the Parties' respective review processes. And as before, extending the stay will allow the Parties to focus on attempting to resolve this case, which would conserve judicial resources.

WHEREFORE, the Parties respectfully request that this Court enter an order staying this case for forty-five (45) days for continued settlement negotiations and requiring the Parties to file a status report at the conclusion of the stay advising the Court of the status of settlement negotiations. A proposed order is attached.

Dated: September 10, 2025

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

MICHAEL E. GATES
Deputy Assistant Attorney General
Civil Rights Division

MICHAEL SALEMI
Principal Deputy Enforcement Director

CARRIE PAGNUCCO
Chief

DEBORAH MORRIS
Assistant Principal Deputy Enforcement Director

VARDA HUSSAIN
Principal Deputy Chief

REBECCAH BOWER
Assistant Deputy Enforcement Director

*/s/ Terrence K. Mangan, Jr.*
TERRENCE K. MANGAN, JR.
Attorney-in-Charge (*pro hac vice*)
MD Bar No. 2006010006

*/s/ Jesse Stewart*
JESSE STEWART
Attorney-in-Charge (*pro hac vice*)
NY Reg. No. 5145495

ABIGAIL B. MARSHAK (*pro hac vice*)
NY Reg. No. 5350053

E. VANESSA ASSAE-BILLE (*pro hac vice*)
NY Reg. No. 5165501

Housing and Civil Enforcement Section
Civil Rights Division,
U.S. Department of Justice
150 M Street, NE
Washington, DC 20530
Tel: (202) 531-5995
Fax: (202) 514-1116
Email: terrence.mangan2@usdoj.gov
      abigail.marshak@usdoj.gov

Office of Enforcement
Consumer Financial Protection Bureau

1700 G Street, NW
Washington, DC 20552
Tel: (202) 435-7000
Fax: (202) 435-7722
Email: jesse.stewart@cfpb.gov
      elizabeth.assae-bille@cfpb.gov

***Attorneys for Plaintiff***
***Consumer Financial Protection Bureau***

NICHOLAS J. GANJEI
United States Attorney

DANIEL DAVID HU
Civil Division
Chief

*/s/ Elizabeth F. Karpati*
ELIZABETH F. KARPATI
SDTX: 20567
TX Bar No. 00794069
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston TX 77002
Tel: (713) 567-9767
Fax: (713) 718-3303
Email: elizabeth.karpati@usdoj.gov

***Attorneys for Plaintiff United States of America***

*/s/ Michael R. Abrams*
Michael R. Abrams
Texas Bar No. 24087072
Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
Ari Cuenin
Texas Bar No. 24078385
Alexander M. Dvorscak
Texas Bar No. 24120461
**STONE | HILTON PLLC**
600 Congress Ave., Ste. 2350
Austin, TX 78701
(737) 465-3897-telephone
michael@stonehilton.com
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
alex@stonehilton.com

Jason Ray
Texas Bar No. 24000511
**RIGGS & RAY, P.C.**
3307 Northland Dr., Ste 215
Austin, Texas 78731
(512) 457-9806 (Telephone)
(512) 457-9866 (Fax)
jray@r-alaw.com

Philip H. Hilder
Texas Bar No. 09620050
Q. Tate Williams
Texas Bar No.24013760
Stephanie K. McGuire
Texas Bar No. 11100520
**HILDER & ASSOCIATES, P.C.**
819 Lovett Blvd.
Houston, Texas 77006
(713) 655-9111–telephone
(713) 655-9112–facsimile
philip@hilderlaw.com
tate@hilderlaw.com
stephanie@hilderlaw.com

*Attorneys for Defendants Colony Ridge Development, LLC, Colony Ridge BV, LLC, and Colony Ridge Land, LLC*

4

**CERTIFICATE OF CONFERENCE**

I hereby certify that the parties conferred regarding this Joint Motion to Extend Stay for Additional Settlement Discussions prior to filing and jointly agreed to file it.

*/s/ Terrence K. Mangan, Jr.*
Terrence K. Mangan, Jr.

*Counsel for Plaintiff United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2025, I filed the foregoing with the CM/ECF system, which sent electronic notice to all counsel of record.

/s/ Terrence K. Mangan, Jr.
Terrence K. Mangan, Jr.

*Counsel for Plaintiff United States of America*