THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § § | Case No. 4:23-cv-4729 |
| COLONY RIDGE DEVELOPMENT, LLC, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER EXTENDING STAY

The Court has considered the Parties' Joint Motion to Extend Stay for Additional Settlement Discussions (the "Joint Motion"). Doc. #131. Having fully considered the Joint Motion and for good cause shown, the Court grants the Joint Motion. Doc. #131. Thus, the Court **ORDERS** that the stay granted on August 15, 2025, Doc. #130, be extended for an additional period of forty-five (45) days. The Court further **ORDERS** that the Parties file a status report at the conclusion of the forty-five day stay, October 27, 2025, advising the Court of the status of settlement negotiations. The Clerk shall enter this Order and provide a copy to all Parties.

It is so ORDERED.

_____         _____
Date                                                                  The Honorable Alfred H. Bennett
                                                                              United States District Judge