United States District Court
Southern District of Texas
**ENTERED**
September 15, 2025
Nathan Ochsner, Clerk

# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, | § § § |
| Plaintiffs, | § § |
| VS. | §  Case No. 4:23-cv-4729 |
| COLONY RIDGE DEVELOPMENT, LLC, *et al.*, | § § § § |
| Defendants. | § § |

## ORDER EXTENDING STAY

The Court has considered the Parties' Joint Motion to Extend Stay for Additional Settlement Discussions (the "Joint Motion"). Doc. #131. Having fully considered the Joint Motion and for good cause shown, the Court grants the Joint Motion. Doc. #131. Thus, the Court **ORDERS** that the stay granted on August 15, 2025, Doc. #130, be extended for an additional period of forty-five (45) days. The Court further **ORDERS** that the Parties file a status report at the conclusion of the forty-five day stay, October 27, 2025, advising the Court of the status of settlement negotiations. The Clerk shall enter this Order and provide a copy to all Parties.

It is so ORDERED.

SEP 1 2 2025
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge