United States District Court
Southern District of Texas
**ENTERED**
October 27, 2025
Nathan Ochsner, Clerk

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | Case No. 4:23-cv-4729 |
| COLONY RIDGE DEVELOPMENT, LLC, *et al.*, | § § § § | |
| Defendants. | § | |

### ORDER EXTENDING STAY FOR ADDITIONAL SETTLEMENT DISCUSSIONS IN LIGHT OF LAPSE OF APPROPRIATIONS

The Court has considered the United States' Unopposed Motion to Extend Stay for Additional Settlement Discussions in Light of Lapse of Appropriations (the "Unopposed Motion"). Doc. #133. Having fully considered the Unopposed Motion and for good cause shown, the Court grants the Unopposed Motion. Doc. #133. Thus, the Court **ORDERS** that the stay granted on September 12, 2025, Doc. #132, remain in effect for the duration of the lapse in appropriations to the Department of Justice. The Court further **ORDERS** that the United States shall promptly notify the Court of a reinstatement of appropriations permitting Department of Justice attorneys to resume their usual civil litigation functions, at which time the stay will be extended commensurate with the duration of the lapse in appropriations (*i.e.*, the current filing date of October 27, 2025, for a status report on settlement negotiations would be extended by the total number of days of the lapse in appropriations). The Clerk shall enter this Order and provide a copy to all Parties.

It is so **ORDERED**.

October 27, 2025
Date

The Honorable Alfred H. Bennett
United States District Judge