United States District Court
Southern District of Texas
**ENTERED**
December 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, | § § § |
| Plaintiffs, | § § |
| VS. | §   CIVIL ACTION NO. 4:23-CV-04729 § |
| COLONY RIDGE DEVELOPMENT, LLC, *et al.*, | § § § § |
| Defendants. | § |

## ORDER

The Court stayed this case on October 27, 2025, due to a lapse in federal appropriations. Doc. #134. The Court has been notified that the federal government has reopened, and the basis for the stay is no longer needed. It is therefore ORDERED that the stay is LIFTED.

The Court further notes that the parties' joint status report on settlement negotiations was originally due on October 27, 2025. *See* Doc. #132. To provide the parties time commiserate with the length of the shutdown, the Court extends the deadline for the joint status report to December 9, 2025.

It is so ORDERED.

DEC 0 3 2025
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge