UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 4:23-cv-4729 ) Judge Alfred H. Bennett |
| COLONY RIDGE DEVELOPMENT, LLC, et al., | ) ) ) |
| Defendants. | ) ) ) |

**JOINT STATUS REPORT**

Plaintiffs United States and Consumer Financial Protection Bureau ("Bureau") (together, the "Plaintiffs") and Defendants Colony Ridge Development, LLC; Colony Ridge BV, LLC; and Colony Ridge Land, LLC ("Defendants") (together, the "Parties") jointly inform the Court that they have made significant progress towards resolving this matter and expect to reach an agreement in principle by the end of next week. Accordingly, the Parties respectfully request an additional ten days to continue focusing on settlement efforts, and to provide the Court with an update on Friday, December 19, 2025.

WHEREFORE, the Parties request a new deadline of Friday, December 19, 2025, to submit a joint status report regarding possible settlement to the Court. A proposed order is attached.

Dated: December 9, 2025                                Respectfully submitted,


HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division


| | |
|---|---|
| CARRIE PAGNUCCO | DEBORAH MORRIS |
| Chief | Deputy Enforcement Director |
| | |
| VARDA HUSSAIN | MICHAEL POSNER |
| Principal Deputy Chief | Assistant Deputy Enforcement Director |
| | |
| */s/ Terrence Mangan* | */s/ Jesse Stewart* |
| TERRENCE K. MANGAN, JR. | JESSE STEWART |
| Attorney-in-Charge (*pro hac vice*) | Attorney-in-Charge *(pro hac vice)* |
| MD Bar No. 2006010006 | NY Reg. No. 5145495 |
| | |
| | E. VANESSA ASSAE-BILLE (*pro hac vice*) |
| | NY Reg. No. 5165501 |
| | |
| Housing and Civil Enforcement Section | Office of Enforcement |
| Civil Rights Division, | Consumer Financial Protection Bureau |
| U.S. Department of Justice | |
| 150 M Street, NE | 1700 G Street, NW |
| Washington, DC 20530 | Washington, DC 20552 |
| Tel: (202) 531-5995 | Tel: (202) 435-7000 |
| Fax: (202) 514-1116 | Fax: (202) 435-7722 |
| Email: terrence.mangan2@usdoj.gov | Email: jesse.stewart@cfpb.gov |
|       abigail.marshak@usdoj.gov |       elizabeth.assae-bille@cfpb.gov |
| | |
| | ***Attorneys for Plaintiff*** |
| | ***Consumer Financial Protection Bureau*** |

NICHOLAS J. GANJEI
United States Attorney

DANIEL DAVID HU
Civil Division
Chief

*/s/ Elizabeth F. Karpati*
ELIZABETH F. KARPATI
SDTX: 20567
TX Bar No. 00794069
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston TX 77002
Tel: (713) 567-9767
Fax: (713) 718-3303
Email: elizabeth.karpati@usdoj.gov

***Attorneys for Plaintiff United States of America***

*/s/ Jason Ray*
Jason Ray
Texas Bar No. 24000511
**RIGGS & RAY, P.C.**
3307 Northland Dr., Ste 215
Austin, Texas 78731
(512) 457-9806 (Telephone)
(512) 457-9866 (Fax)
jray@r-alaw.com

Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
Ari Cuenin
Texas Bar No. 24078385
Alexander M. Dvorscak
Texas Bar No. 24120461
Michael R. Abrams
Texas Bar No. 24087072
**STONE | HILTON PLLC**
600 Congress Ave., Ste. 2350
Austin, TX 78701
(737) 465-3897-telephone
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
alex@stonehilton.com
michael@stonehilton.com

Philip H. Hilder
Texas Bar No. 09620050
Q. Tate Williams
Texas Bar No.24013760
Stephanie K. McGuire
Texas Bar No. 11100520
**HILDER & ASSOCIATES, P.C.**
819 Lovett Blvd.
Houston, Texas 77006
(713) 655-9111–telephone
(713) 655-9112–facsimile
philip@hilderlaw.com
tate@hilderlaw.com
stephanie@hilderlaw.com

*Attorneys for Defendants Colony Ridge Development, LLC, Colony Ridge BV, LLC, and Colony Ridge Land, LLC*

## CERTIFICATE OF CONFERENCE

      I hereby certify that the parties conferred regarding this Joint Status Report prior to filing and jointly agreed to file it.

*s/ Terrence Mangan*
Terrence Mangan

*Counsel for Plaintiff United States of America*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 9, 2025, I filed the foregoing with the CM/ECF system, which sent electronic notice to all counsel of record.

                                        *s/ Terrence Mangan*
                                        Terrence Mangan

                                        *Counsel for Plaintiff United States of America*