**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|   |   |   |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:23-cv-4729 Judge Alfred H. Bennett |
| COLONY RIDGE DEVELOPMENT, LLC, et al., | ) ) ) | |
| Defendants. | ) ) | |

## <u>ORDER</u>

On December 9, 2025, the Parties submitted a Joint Status Report informing the Court that the Parties have made significant progress towards resolving this matter, and requesting ten additional days to focus on settlement discussions before submitting an updated joint status report to the Court. Doc #138.

The Court therefore **ORDERS** the Parties to submit a joint status report by December 19, 2025, updating the Court on settlement progress. The Clerk shall enter this Order and provide a copy to all Parties.

It is so **ORDERED**.

_____          _____
Date                                                              The Honorable Alfred H. Bennett
                                                                       United States District Judge