United States District Court
Southern District of Texas
**ENTERED**
December 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 4:23-cv-4729<br>) Judge Alfred H. Bennett |
| COLONY RIDGE DEVELOPMENT, LLC, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

On December 9, 2025, the Parties submitted a Joint Status Report informing the Court that the Parties have made significant progress towards resolving this matter, and requesting ten additional days to focus on settlement discussions before submitting an updated joint status report to the Court. Doc #138.

The Court therefore **ORDERS** the Parties to submit a joint status report by December 19, 2025, updating the Court on settlement progress. The Clerk shall enter this Order and provide a copy to all Parties.

It is so **ORDERED**.

DEC 1 2 2025
Date

The Honorable Alfred H. Bennett
United States District Judge