UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 4:23-cv-4729 ) Judge Alfred H. Bennett |
| COLONY RIDGE DEVELOPMENT, LLC, et al., | ) ) ) |
| Defendants. | ) ) ) |

**ORDER**

On December 19, 2025, the Parties submitted a Joint Status Report informing the Court that the Parties have reached an agreement in principle that would resolve all claims before this Court, which the Parties are currently finalizing. Doc. #141.

The Court therefore **ORDERS** the Parties to submit a joint status report by December 31, 2025, updating the Court on their finalization progress, unless the signed settlement agreement has already been submitted to the Court. The Clerk shall enter this Order and provide a copy to all Parties.

It is so **ORDERED**.

_____        _____
Date                                                              The Honorable Alfred H. Bennett
                                                                         United States District Judge