UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COLONY RIDGE DEVELOPMENT, LLC, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 4:23-cv-4729 <br> ) Judge Alfred H. Bennett <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STATUS REPORT**

Plaintiffs United States and Consumer Financial Protection Bureau ("Bureau") (together, the "Plaintiffs") and Defendants Colony Ridge Development, LLC; Colony Ridge BV, LLC; and Colony Ridge Land, LLC ("Defendants") (together, the "Parties") jointly inform the Court that they have made significant progress finalizing their agreement to resolve all claims before the Court, but that an additional brief period of time is required to finalize the language and obtain all approvals. Accordingly, unless the signed settlement agreement is already submitted to the Court, the Parties respectfully request to submit a joint status report by January 23, 2026, updating the Court on their finalization efforts.

WHEREFORE, the Parties request a new deadline of January 23, 2026, to submit a joint status report to the Court, unless the signed settlement agreement has already been submitted. A proposed order is attached.

Dated: December 31, 2025                                  Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

| | |
|---|---|
| CARRIE PAGNUCCO<br>Chief | DEBORAH MORRIS<br>Acting Enforcement Director |
| VARDA HUSSAIN<br>Principal Deputy Chief | MICHAEL POSNER<br>Assistant Deputy Enforcement Director |
| /s/ Terrence Mangan<br>TERRENCE K. MANGAN, JR.<br>Attorney-in-Charge (*pro hac vice*)<br>MD Bar No. 2006010006 | /s/ Jesse Stewart<br>JESSE STEWART<br>Attorney-in-Charge *(pro hac vice)*<br>NY Reg. No. 5145495<br><br>E. VANESSA ASSAE-BILLE (*pro hac vice*)<br>NY Reg. No. 5165501 |
| Housing and Civil Enforcement Section<br>Civil Rights Division,<br>U.S. Department of Justice<br>150 M Street, NE<br>Washington, DC 20530<br>Tel: (202) 531-5995<br>Fax: (202) 514-1116<br>Email: terrence.mangan2@usdoj.gov<br>            abigail.marshak@usdoj.gov | Office of Enforcement<br>Consumer Financial Protection Bureau<br><br>1700 G Street, NW<br>Washington, DC 20552<br>Tel: (202) 435-7000<br>Fax: (202) 435-7722<br>Email: jesse.stewart@cfpb.gov<br>            elizabeth.assae-bille@cfpb.gov<br><br>***Attorneys for Plaintiff***<br>***Consumer Financial Protection Bureau*** |

NICHOLAS J. GANJEI
United States Attorney

DANIEL DAVID HU
Civil Division
Chief

*/s/ Elizabeth F. Karpati*
ELIZABETH F. KARPATI
SDTX: 20567
TX Bar No. 00794069
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston TX 77002
Tel: (713) 567-9767
Fax: (713) 718-3303
Email: elizabeth.karpati@usdoj.gov

***Attorneys for Plaintiff United States of America***

*/s/ Jason Ray*
Jason Ray
Texas Bar No. 24000511
**RIGGS & RAY, P.C.**
3307 Northland Dr., Ste 215
Austin, Texas 78731
(512) 457-9806 (Telephone)
(512) 457-9866 (Fax)
jray@r-alaw.com

Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
Ari Cuenin
Texas Bar No. 24078385
Alexander M. Dvorscak
Texas Bar No. 24120461
Michael R. Abrams
Texas Bar No. 24087072
**STONE | HILTON PLLC**
600 Congress Ave., Ste. 2350
Austin, TX 78701
(737) 465-3897-telephone
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
alex@stonehilton.com
michael@stonehilton.com

Philip H. Hilder
Texas Bar No. 09620050
Q. Tate Williams
Texas Bar No.24013760
Stephanie K. McGuire
Texas Bar No. 11100520
**HILDER & ASSOCIATES, P.C.**
819 Lovett Blvd.
Houston, Texas 77006
(713) 655-9111–telephone
(713) 655-9112–facsimile
philip@hilderlaw.com
tate@hilderlaw.com
stephanie@hilderlaw.com

*Attorneys for Defendants Colony Ridge Development, LLC, Colony Ridge BV, LLC, and Colony Ridge Land, LLC*

4

## CERTIFICATE OF CONFERENCE

I hereby certify that the parties conferred regarding this Joint Status Report prior to filing and jointly agreed to file it.

*s/ Terrence Mangan*
Terrence Mangan

*Counsel for Plaintiff United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2025, I filed the foregoing with the CM/ECF system, which sent electronic notice to all counsel of record.

*s/ Terrence Mangan*
Terrence Mangan

*Counsel for Plaintiff United States of America*