United States District Court
Southern District of Texas
**ENTERED**
January 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COLONY RIDGE DEVELOPMENT, LLC, et al., <br><br> Defendants. | Case No. 4:23-cv-4729 <br> Judge Alfred H. Bennett |

## ORDER

On December 31, 2025, the Parties submitted a Joint Status Report informing the Court that they require additional time to finalize an agreement resolving all claims before this Court. Doc. #143.

The Court therefore **ORDERS** the Parties to submit a joint status report by January 23, 2026, updating the Court on their finalization progress, unless the signed settlement agreement has already been submitted to the Court. The Clerk shall enter this Order and provide a copy to all Parties.

It is so **ORDERED**.

JAN 0 9 2026
Date

The Honorable Alfred H. Bennett
United States District Judge