UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COLONY RIDGE DEVELOPMENT, LLC, et al., <br><br> Defendants. | Case No. 4:23-cv-4729 <br> Judge Alfred H. Bennett |

## JOINT STATUS REPORT

Plaintiffs United States and Consumer Financial Protection Bureau ("Bureau") (together, the "Plaintiffs") and Defendants Colony Ridge Development, LLC; Colony Ridge BV, LLC; and Colony Ridge Land, LLC ("Defendants") (together, the "Parties") file this Joint Status Report regarding the Parties' settlement discussions. The United States and Defendants have been working in coordination with the State of Texas to reach a global settlement of this matter and *State of Texas v. Colony Ridge Inc., et al.*, No. 4:24-cv-00941 (S.D. Tex.). The Parties have made significant progress towards a comprehensive settlement. However, in light of the complexity of resolving both cases, which involve different governmental entities and overlapping but distinct defendants, additional time is necessary to obtain all necessary approvals and finalize acceptable settlement language that will be agreeable to all sides. Accordingly, the Parties jointly move the Court to continue the stay of all pending deadlines through and including February 6, 2026, to allow continued settlement discussions and to finalize an agreement. This additional time will allow the parties to preserve resources that they would otherwise expend in meeting existing litigation deadlines and allow the parties to focus on their continued efforts to resolve this case.

If settlement discussions are unsuccessful, the Parties will file a status report with the Court by February 6, 2026 with a proposal for the necessary steps for the timely disposition of this matter. A proposed order is attached.

Respectfully submitted,

Jason Ray
Texas Bar No. 24000511
**RIGGS & RAY, P.C.**
3307 Northland Dr., Ste 215
Austin, Texas 78731
(512) 457-9806 (Telephone)
(512) 457-9866 (Fax)
jray@r-alaw.com

Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
Ari Cuenin
Texas Bar No. 24078385
Alexander M. Dvorscak
Texas Bar No. 24120461
Michael R. Abrams
Texas Bar No. 24087072
**STONE | HILTON PLLC**
600 Congress Ave., Ste. 2350
Austin, TX 78701
(737) 465-3897-telephone
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
alex@stonehilton.com
michael@stonehilton.com

Philip H. Hilder
Texas Bar No. 09620050
Q. Tate Williams
Texas Bar No.24013760
Stephanie K. McGuire
Texas Bar No. 11100520
**HILDER & ASSOCIATES, P.C.**
819 Lovett Blvd.

2

Houston, Texas 77006
(713) 655-9111–telephone
(713) 655-9112–facsimile
philip@hilderlaw.com
tate@hilderlaw.com
stephanie@hilderlaw.com

***Attorneys for Defendants***

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

| | |
|---|---|
| CARRIE PAGNUCCO<br>Chief | DEBORAH MORRIS<br>Acting Enforcement Director |
| /s/ Varda Hussain<br>(signed with permission by Jason Ray)<br>VARDA HUSSAIN<br>Principal Deputy Chief<br>Attorney-in-Charge (*pro hac vice*)<br>Virginia, Bar No. 70132 | MICHAEL POSNER<br>Assistant Deputy Enforcement Director |
| | /s/ Jesse Stewart<br>(signed with permission by Jason Ray)<br>JESSE STEWART<br>Attorney-in-Charge *(pro hac vice)*<br>NY Reg. No. 5145495 |
| Housing and Civil Enforcement Section<br>Civil Rights Division,<br>U.S. Department of Justice<br>150 M Street, NE<br>Washington, DC 20530<br>Tel: (202) 532-5036<br>Fax: (202) 514-1116<br>Email: varda.hussain@usdoj.gov | Office of Enforcement<br>Consumer Financial Protection Bureau<br><br>1700 G Street, NW<br>Washington, DC 20552<br>Tel: (202) 435-7000<br>Fax: (202) 435-7722<br>Email: jesse.stewart@cfpb.gov |

*Attorneys for Plaintiff*
*Consumer Financial Protection Bureau*

NICHOLAS J. GANJEI

United States Attorney

DANIEL DAVID HU
Civil Division
Chief

<u>/s/ Elizabeth F. Karpati</u>
<u>(signed with permission by Jason Ray)</u>
ELIZABETH F. KARPATI
SDTX: 20567
TX Bar No. 00794069
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston TX 77002
Tel: (713) 567-9767
Fax: (713) 718-3303
Email: elizabeth.karpati@usdoj.gov

***Attorneys for Plaintiff United States of America***

## **CERTIFICATE OF CONFERENCE**

    I hereby certify that the parties conferred on this day regarding this Joint Status Report prior to filing and jointly agreed to file it.

_____
Jason Ray
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2026, I filed the foregoing with the CM/ECF system, which sent electronic notice to all counsel of record.

_____
Jason Ray
*Counsel for Defendants*