United States District Court
Southern District of Texas
**ENTERED**
January 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Case No. 4:23-cv-4729 Judge Alfred H. Bennett |
| COLONY RIDGE DEVELOPMENT, LLC, et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

On January 23, 2026, the Parties submitted a Joint Status Report informing the Court that they require additional time to finalize an agreement resolving all claims before this Court.

The Court therefore **ORDERS** the Parties to submit a joint status report by February 6, 2026, updating the Court on their finalization progress, unless the signed settlement agreement has already been submitted to the Court. The Clerk shall enter this Order and provide a copy to all Parties.

It is so **ORDERED**.

JAN 2 6 2026

Date

The Honorable Alfred H. Bennett
United States District Judge