UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU and <br><br> UNITED STATES OF AMERICA, <br>                Plaintiffs, <br><br> v. <br><br> COLONY RIDGE DEVELOPMENT, LLC, <br> d/b/a Terrenos Houston, Terrenos Santa Fe, and Lotes y Ranchos; <br><br> COLONY RIDGE BV, LLC; and <br><br> COLONY RIDGE LAND, LLC, formerly d/b/a Terrenos Houston and Lotes y Ranchos, <br>                       Defendants. | Case No. 4:23-cv-4729 <br> Hon. Judge Alfred H. Bennett |

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STATE OF TEXAS, <br>                Plaintiff, <br><br> v. <br><br> COLONY RIDGE, INC.; COLONY RIDGE DEVELOPMENT, LLC; COLONY RIDGE BV, LLC; COLONY RIDGE LAND, LLC; T-REX MANAGEMENT, INC.; JOHN HARRIS; HOUSTON EL NORTE PROPERTY OWNERS ASSOCIATION, INC.; and CH&P MANAGEMENT LLC, <br>                       Defendants. | Case No. 4:24-cv-00941 <br> Hon. Judge Keith P. Ellison <br><br> **JOINT MOTION FOR DISMISSAL** |

The United States of America ("United States"), the State of Texas ("State" or "Texas"), and Colony Ridge Development, LLC, Colony Ridge BV, LLC, Colony Ridge Land, LLC, Colony Ridge, Inc., T-Rex Management, Inc., John Harris, Houston El Norte Property Owners Association, Inc., and CH&P Management LLC ("Defendants") (collectively, "the Parties") respectfully move the Court to dismiss with prejudice these actions under Federal Rule of Civil Procedure 41(a)(2), except that the court shall retain jurisdiction to enforce the Settlement Agreement (attached here as Exhibit A) entered into among the Parties. The Settlement Agreement resolves the claims brought by the United States and the State of Texas in the above-captioned matters.

The Parties respectfully request that the Court issue the attached proposed Order of Dismissal.

**HARMEET K. DHILLON**
Assistant Attorney General
Civil Rights Division

**CARRIE PAGNUCCO**
Chief

*/s/ Varda Hussain*
**VARDA HUSSAIN**
Principal Deputy Chief

Attorney-in-Charge (*pro hac vice*)
VA Bar No. 70132
Housing and Civil Enforcement Section
Civil Rights Division,
U.S. Department of Justice
150 M Street, NE
Washington, DC 20530
Tel: (202) 532-5036
Fax: (202) 514-1116
Email: varda.hussain@usdoj.gov

**ATTORNEYS FOR PLAINTIFF
THE UNITED STATES OF AMERICA**

2

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**JOHNATHAN STONE**
Chief, Consumer Protection Division

*/s/ Rob Farquharson*
ROBERT FARQUHARSON, *Attorney-in-Charge*
TX Bar No.: 24100550
S.D. Tex. Bar No.: 3634988
Email: rob.farquharson@oag.texas.gov
JOSELYN R. MATHEWS
TX Bar No.: 24129108
Email: joselyn.mathews@oag.texas.gov
Assistant Attorneys General
Consumer Protection Division
Office of the Attorney General
12221 Merit Drive, Suite 650
Dallas, TX 75251
Tel: 214-969-7639/Fax: 214-969-7615

DANIEL ZWART
TX Bar No.: 24070906
Email: daniel.zwart@oag.texas.gov
KAYLIE BUETTNER
TX Bar No.: 24109082
Email: kaylie.buettner@oag.texas.gov
MEREDITH SPILLANE
TX Bar No.: 24131685
Email: meredith.spillane@oag.texas.gov
Assistant Attorneys General
Consumer Protection Division
Office of the Attorney General
808 Travis Street, Suite 1520
Houston, Texas 77002
Tele: 713-223-5886/Fax: 713-223-5821

CLARA CARLETON
TX Bar No.: 24136077
Email: clara.carleton@oag.texas.gov
SCOTT FROMAN
TX Bar No.: 24122079
Email: scott.froman@oag.texas.gov
MATTHEW CHILDREY
TX Bar No.: 24138100
Email: matt.childrey@oag.texas.gov
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711
Tele: 512-463-2185/Fax: 512-473-8301

**ATTORNEYS FOR PLAINTIFF
THE STATE OF TEXAS**

_/s/ Jason Ray_
Jason Ray
Texas Bar No. 24000511
**RIGGS & RAY, P.C.**
3307 Northland Dr., Ste 215
Austin, Texas 78731
(512) 457-9806 (Telephone)
(512) 457-9866 (Fax)
jray@r-alaw.com

Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
Ari Cuenin
Texas Bar No. 24078385
Alexander M. Dvorscak
Texas Bar No. 24120461
Michael R. Abrams
Texas Bar No. 24087072
**STONE | HILTON PLLC**
600 Congress Ave., Ste. 2350
Austin, TX 78701
(737) 465-3897-telephone
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
alex@stonehilton.com
michael@stonehilton.com

Philip H. Hilder
Texas Bar No. 09620050
Q. Tate Williams
Texas Bar No.24013760
Stephanie K. McGuire
Texas Bar No. 11100520
**HILDER & ASSOCIATES, P.C.**
819 Lovett Blvd.
Houston, Texas 77006
(713) 655-9111–telephone
(713) 655-9112–facsimile
philip@hilderlaw.com
tate@hilderlaw.com
stephanie@hilderlaw.com

**ATTORNEYS FOR DEFENDANTS**

4

**COLONY RIDGE DEVELOPMENT, LLC,**
**COLONY RIDGE BV, LLC,**
**COLONY RIDGE LAND, LLC,**
**COLONY RIDGE, INC.,**
**T-REX MANAGEMENT, INC.,**
**JOHN HARRIS,**
**HOUSTON EL NORTE PROPERTY**
**OWNERS ASSOCIATION, INC., AND**
**CH&P MANAGEMENT LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that on February 10, 2026, I filed the foregoing with the CM/ECF system, which sent electronic notice to all counsel of record.

                                    /s/ *Varda Hussain*
                                    Varda Hussain
                                    Counsel for Plaintiff United States of America