**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU and </br></br>UNITED STATES OF AMERICA, </br>       Plaintiffs, </br></br>   v. </br></br>COLONY RIDGE DEVELOPMENT, LLC, </br>d/b/a Terrenos Houston, Terrenos Santa Fe, and Lotes y Ranchos; </br></br>COLONY RIDGE BV, LLC; and </br></br>COLONY RIDGE LAND, LLC, formerly d/b/a Terrenos Houston and Lotes y Ranchos, </br>       Defendants. | Case No. 4:23-cv-4729 </br>Hon. Judge Alfred H. Bennett |

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| STATE OF TEXAS, </br>     Plaintiff, </br></br>   v. </br></br>COLONY RIDGE, INC.; COLONY RIDGE DEVELOPMENT, LLC; COLONY RIDGE BV, LLC; COLONY RIDGE LAND, LLC; T-REX MANAGEMENT, INC.; JOHN HARRIS; HOUSTON EL NORTE PROPERTY OWNERS ASSOCIATION, INC.; and CH&P MANAGEMENT LLC, </br>       Defendants. | Case No. 4:24-cv-00941 </br>Hon. Judge Keith P. Ellison </br></br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS** |

## [PROPOSED] ORDER

On February 10, 2026, the United States of America ("United States"), the State of Texas ("State" or "Texas", and collectively, "Plaintiffs") and Colony Ridge Development, LLC, Colony Ridge BV, LLC, Colony Ridge Land, LLC, Colony Ridge, Inc., T-Rex Management, Inc., John Harris, Houston El Norte Property Owners Association, Inc., and CH&P Management LLC ("Defendants") (collectively, "the Parties") filed a joint motion to dismiss Plaintiffs' claims against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(2).

Upon due consideration, good cause appearing, the Court **GRANTS** the Parties' joint motion and **DISMISSES** the United States' and Texas's claims against Defendants with prejudice. The Court will retain jurisdiction over the parties to enforce the terms of their settlement agreement. The Court further **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case, subject to reopening.

IT IS SO ORDERED.

    SO ORDERED on _____ [date]

    _____
    [Name]
    United States District Judge