UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COLONY RIDGE DEVELOPMENT, LLC, et al., <br><br> Defendants. | Case No. 4:23-cv-4729 <br> Judge Alfred H. Bennett |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF CONSUMER FINANCIAL PROTECTION BUREAU'S CLAIMS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiffs and Defendants stipulate that all claims brought by Plaintiff the Consumer Financial Protection Bureau against Defendants in the above-captioned action are voluntarily dismissed, with prejudice, with each party bearing its own costs, expenses, and attorneys' fees.

DATED: February 10, 2026

Respectfully submitted,

*For Plaintiff Consumer Financial Protection Bureau:*

MARK PAOLETTA
Chief Legal Officer

VICTORIA DORFMAN
Senior Legal Advisor

DEBORAH MORRIS
Acting Enforcement Director

MICHAEL POSNER
Assistant Deputy Enforcement Director


/s/ Jesse Stewart
JESSE STEWART
Attorney-in-Charge (pro hac vice)
NY Bar No. 5145495
Office of Enforcement
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Tel: (202) 435-7000
Fax: (202) 435-7722
Email: jesse.stewart@cfpb.gov


*For Plaintiff United States:*

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division


CARRIE PAGNUCCO
Chief


/s/ Varda Hussain
VARDA HUSSAIN
Principal Deputy Chief
*Attorney in Charge*
pro hac vice; VA Bar No. 70132

Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
150 M Street, NE
Washington, DC 20530
Tel: (202) 532-5036-
Fax: (202) 514-1116
Email: varda.hussain@usdoj.gov

2

*For Defendants Colony Ridge Development, LLC, Colony Ridge BV, LLC, and Colony Ridge Land, LLC:*

/s/ Jason Ray
Jason Ray
Texas Bar No. 24000511
**RIGGS & RAY, P.C.**
3307 Northland Dr., Ste 215
Austin, Texas 78731
(512) 457-9806 (Telephone)
(512) 457-9866 (Fax)
jray@r-alaw.com

**CERTIFICATE OF SERVICE**

    I certify that on February 10, 2026, I electronically filed the Joint Stipulation of Voluntary Dismissal of Plaintiff Consumer Financial Protection Bureau's Claims with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ Jesse Stewart  
Jesse Stewart
