# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Consumer Financial Protection Bureau, et al.

v.  Case Number: 4:23−cv−04729

Colony Ridge Development, LLC, et al.

---

# NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Motion Hearing set for 3/6/2026 at 10:30 AM before Judge Alfred H Bennett.

**PLACE**
Courtroom 9A
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: February 11, 2026

Nathan Ochsner, Clerk, Clerk
s/ 4 LisaREdwards, Deputy Clerk