UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-04729 |
|---|---|---|---|

Consumer Financial Protection Bureau and United States of America

*versus*

Colony Ridge Development, LLC, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Yiyang Wu<br>Relman Colfax PLLC<br>1225 19th Street, N.W., Suite 600<br>Washington, D.C. 20036-2456<br>202-728-1888; ywu@relmanlaw.com<br>District of Columbia Bar No. 1028799<br>United States District Court for the District of Maryland Bar No.19187 |
|---|---|

| Name of party applicant seeks to appear for: | Amicus: National Fair Housing Alliance, et al. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

Dated: 2/25/2026       Signed: _____

The state bar reports that the applicant's status is:

Dated: _____     Clerk's signature

**Order**       This lawyer is admitted *pro hac vice*.

Dated: _____        _____
United States District Judge