UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-04729 |
|---|---|---|---|

Consumer Financial Protection Bureau and United States of America

*versus*

Colony Ridge Development, LLC, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Nicholas Abbott<br>Relman Colfax PLLC<br>1225 19th Street, N.W., Suite 600<br>Washington, D.C. 20036-2456<br>202-728-1888; nabbott@relmanlaw.com<br>District of Columbia Bar No. 90010173<br>United States District Court for the Western District of Texas Bar No. 90010173 |
|---|---|

| Name of party applicant seeks to appear for: | Amicus: National Fair Housing Alliance, et al. |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

Dated: 2/25/26   Signed: [signature]

The state bar reports that the applicant's status is:

Dated:  Clerk's signature

**Order**   This lawyer is admitted *pro hac vice*.

Dated: _____   _____
United States District Judge