UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-04729 |
|---|---|---|---|

| Consumer Finance Protection Bureau, et al. |
|---|
| *versus* |
| Colony Ridge Development, LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Elena Goldstein<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, D.C. 20043<br>Tel.: (202) 448-9090; egoldstein@democracyforward.org<br>See attached for state and federal bar admissions information. |
|---|---|

| Name of party applicant seeks to appear for: | Amicus (National Fair Housing Alliance) |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes ____    No __✔__ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:   3/2/2026 | Signed: | /s/ Elena Goldstein |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:        Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____        _____
United States District Judge

**Elena Goldstein Bar Admissions**

| Jurisdiction | Date | Bar No. (if applicable) |
|---|---|---|
| District of Columbia | 05/04/2025 | 90034087 |
| New York | 04/21/2004 | 4210456 |
| District Court of District of Columbia | 6/2/2025 | NY0620 |
| District Court of District of Maryland | 7/11/2025 | 31738 |
| District Court for the Southern District of New York | 1/12/2006 | EG8586 |
| United States Court of Appeals for the First Circuit | 5/27/2025 | 1217749 |
| United States Court of Appeals for the Fifth Circuit | 11/20/2024 | |
| United States Court of Appeals for the Ninth Circuit | 5/20/2025 | |
| United States Court of Appeals for the Federal Circuit | 1/21/2026 | |
| Supreme Court of the United States | 4/1/2019 | 309162 |