# UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | ▾ | Case Number | 4:23-cv-04729 |
|---|---|---|---|---|
| Consumer Financial Protection Bureau and United States of America | | | | |
| *versus* | | | | |
| Colony Ridge Development, LLC, et al. | | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Sasha Samberg-Champion<br>National Fair Housing Alliance<br>1331 Pennsylvania Ave. NW, #650<br>Washington, DC 20004<br>202-898-1661; ssamberg-champion@nationalfairhousing.org<br>New York Bar No. 4312120<br>S.D.N.Y Bar No. SS9201 |
|---|---|

| Name of party applicant seeks to appear for: | Amicus: National Fair Housing Alliance, et al. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:   3/2/2026 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                        United States District Judge