# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU and <br><br> UNITED STATES OF AMERICA, <br>                       Plaintiffs, <br><br> v. <br><br> COLONY RIDGE DEVELOPMENT, LLC, d/b/a Terrenos Houston, Terrenos Santa Fe, and Lotes y Ranchos; <br><br> COLONY RIDGE BV, LLC; and <br><br> COLONY RIDGE LAND, LLC, formerly d/b/a Terrenos Houston and Lotes y Ranchos, <br>                       Defendants. | Case No. 4:23-cv-4729 <br> Hon. Judge Alfred H. Bennett |

## [PROPOSED] ORDER GRANTING LEAVE FOR NATIONAL FAIR HOUSING ALLIANCE, ET AL., TO FILE BRIEF AS *AMICUS CURIAE*

      This matter having come before the Court on the Motion of National Fair Housing Alliance, National Consumer Law Center, UnidosUS, Public Justice, Center for Responsible Lending, Poverty and Race Research Action Council, Southern Poverty Law Center, and League of United Latin American Citizens for Leave to File Brief As *Amici Curiae* In Opposition To Joint Motion, it is hereby ORDERED:

1. The Motion is GRANTED.

2. The proposed brief submitted simultaneously with the Motion shall be filed in this action upon entry of this Order.

Dated: _____          _____

                                                                                              Hon. Alfred H. Bennett