Sent via Certified Mail – Return Receipt Requested

USPS Certified Mail Tracking Number: 9589 0710 5270 3717 8832 22

C/O Judge Alfred H. Bennett

United States District Court for the Southern District of Texas Houston Division

Bob Casey United States Courthouse
515 Rusk Avenue
Houston, Texas 77002

**United States Courts
Southern District of Texas
FILED**

**MAR 0 3 2026**

Nathan Ochsner, Clerk of Court

Ref: Case No:4:23-cv-4729 and Case No:4:23-cv-4729  (Colony Ridge)

Good afternoon Honorable Judge Alfred H. Bennett,

I Object, Motion to Appear and be Heard as a Victim and Whistleblower, Victim Impact Statement, Restitution, and Preservation of Rights. "I am a victim. I want the court to hear me directly. I am willing to swear to my experience. And I am not giving up any of my legal rights by participating."

My name is Maria Margarita Acevedo. I am a consumer, a directly impacted victim, and a primary cooperating witness in the matters underlying the above-referenced federal and State cases involving the Colony Ridge development, its land sales, lending practices, and foreclosure actions.

I respectfully request the opportunity to appear before the Court, be sworn under oath, and provide testimony on the record regarding the full impact these matters have had on me personally and financially. I also request permission to present documentation, records, and supporting evidence in my possession so the Court may directly review the facts related to my experience, losses, and role in assisting authorities.

Attached as Exhibit A (highlighted) and Exhibit B (unhighlighted) are materials that I believe demonstrate clear evidence that my community and I were deliberately targeted. These communications reference Colony Ridge ownership, including Harris and William Trey Harris, and discuss the structure of the owner-finance industry, particularly involving Hispanic and Latino buyers without Social Security numbers. The contents indicate awareness that strict ability-to-repay requirements would significantly impact the industry, reduce resale values, and limit qualified buyers. I submit these exhibits for the Court's review as part of the broader record of impact on consumers and the community.

I also respectfully ask the Court to consider the circumstances surrounding my foreclosure. My property was foreclosed on using a P.O. Box as the trustee mailing address instead of a physical street address, and I believe this raises serious questions that warrant judicial review. I

request that the Court allow this evidence to be examined and consider appropriate relief if supported by the record, including the potential restoration of my property.

In addition to being a victim, I provided substantial cooperation, information, and documentation over a period of years to authorities involved in investigating these matters. My involvement dates back to 2018 and placed me in a position of significant personal risk and hardship. I have experienced financial loss, emotional distress, physical strain, and ongoing disruption during this time. I have also experienced harassment that I believe is connected to my role in bringing forward information.

The Consumer Financial Protection Bureau previously indicated that restitution would be sought for victims. However, with the federal and State matters now resolved through settlement, it appears that the individual consumers who were directly harmed may have been left without a clear path to restitution. I am therefore formally placing on the record my request that my losses, damages, and cooperation be fully considered.

At various times, I was given representations that my cooperation would be acknowledged and that I would not be left to carry the burden of this harm alone. I respectfully ask that the Court recognize my role as a cooperating witness and ensure that any rights I may have to relief, compensation, restitution, or protection are preserved and reviewed through the proper legal channels.

I am not asking the Court to make immediate findings in this letter. Rather, I respectfully request:

• The opportunity to be sworn in and heard before the Court
• Permission to submit and present my documents and evidence
• Judicial consideration of the circumstances surrounding my foreclosure
• Preservation and review of any rights to restitution, compensation, and relief connected to my cooperation
• Recognition of the personal, financial, and emotional harm I have suffered as a direct result of the conduct addressed in these cases

I also respectfully object to any action that would result in sealing these two cases  Case No. 4:23-cv-4729 Consumer Financial Protection Bureau and The United States of America v Colony Ridge Development llc, Colony Ridge BV, llc, and Colony Ridge Land, llc. & Case No. 4:24-cv-00941 State of Texas Attorney General Ken Paxton v Colony Ridge Inc, Colony Ridge Development llc, Colony Ridge BV llc, Colony Ridge Land llc, T-REX Management Inc,  John Harris, Houston El Norte Property Owners Association Inc, and CH&P Management llc.  My reason for requesting that these two cases not be sealed is to prevent victims from being heard or the public record from reflecting the impact on those affected. Transparency is important to the integrity of these proceedings and to the victims whose lives were directly affected.

This statement is made so that my experience, evidence, and voice may be part of the official record. I am prepared to testify truthfully under oath and to provide documentation in support of

my statements. Thank you for your time, attention, and consideration of this request. I submit this letter with the utmost respect for the Court and the judicial process.

Respectfully,

Maria Margarita Acevedo
16827 Methil Drive Spring, TX. 77379
346-336-1545
mmacevedo72@gmail.com
02/13/2026

 Gmail

**EVIDENCE LOG: Intentional Oversight by Liberty County Officials Re: Colony Ridge Settlement**
2 messages

Maria Acevedo <mmacevedo72@gmail.com>
To: <varda.hussain@usdoj.gov>

Good Afternoon Ms. Hussain,

Thank you for taking my call on Friday evening. Please accept this formal summary of the exhaustive efforts made by our community to alert Liberty County off provided with documented evidence of allowing the developer to continue subdividing, unpermitted industrial activity, and infrastructure failure, yet they intent

## I. DOCUMENTED NOTICE TO ELECTED OFFICIALS

The counts below represent direct emails and calls providing evidence of Clean Water Act violations, unpermitted cement plants (lacking EPA and TCEQ permit

**County Attorney Matthew Poston:** 207 emails and a 2-hour recorded meeting. He was explicitly informed that the developer was "piggybacking" off existing

**Judge Jay Harrison Knight:** 166 emails.

**Commissioner Bruce Karbowski:** 142 emails and one recorded call regarding settlement discussions

**Commissioner Greg Arthur:** 140 emails.

**State Representative Ernest Bailes:** 128 emails (51 state, 77 personal).

**Liberty County Precinct 4:** 115 emails.

**Commissioner James "Boo" Reeves:** 93 emails.

**Precinct 3 – David Whitmire:** 59 emails (Includes documentation of potential conflicts of interest).

**DA Logan Pickett:** 54 emails.

**State Senator Robert Nichols:** 44 emails.

**Clerk of Court Lee Chambers:** 24 emails.

**DA Jennifer Bergman:** 0 emails (Due to conflict of interest).

## II. CORE GRIEVANCES AND SYSTEMIC FAILURES

**Suppression of Public Testimony:** Since 2019, I have advocated in the Liberty County Commissioner's Court. Elected officials restricted my testimony to three caused by fraudulent soil samples. I kept returning for 3 minutes every chance I had.

**Misapplication of "Vested Rights":** Officials were 100% aware that the developer was using vested rights for products that were not identical to original filing

**Environmental and Quality of Life Violations:** Evidence was provided regarding the Clean Water Act and industrial cement plants operating without permits,

**Misappropriation of Funds:** I formally object to the use of "scammed" community money to repair infrastructure that officials allowed the developer to destro

These officials were 100% aware and chose to run me around rather than cooperate. I have recordings and emails to substantiate all claims of notice. All my do these elected officials were 100% aware. And do you think it's 100% justifiable that they take the money that we got scammed and put it into the infrastructure the commissioner's court advocating. I have emailed them. I have called them. None of them who are elected officials would allow me to be on the agenda for r subsidence, not just the destruction of the infrastructure, the soil samples being incorrect on the drainage plat, the quality of life, the Clean Water Act, minimal ones that were 100% aware of it, and they had me pretty much running around, not helping, not cooperating. Not one of them, only Matthew Poston, sat with m feels that he knew about the vested rights, he knew that you could not piggyback off an existing product that was not the exact same, you cannot use vested ri
Thank you,
Maria Acevedo

M Gmail                                                    Maria Acevedo <mmacevedo72@gmail.com>

---

**Objection and Motion to Appear, Request to Be Heard Under Oath, Victim Impact Statement, and Preservation of Rights**

---

**Maria Acevedo** <mmacevedo72@gmail.com>
To: <rob.farquharson@oag.texas.gov>, <joselyn.mathews@oag.texas.gov>

Good afternoon,

Victim and Whistleblower, Victim Impact Statement, Restitution, and Preservation of Rights. "I am a victim. I want the court to hear me directly. I am w

My name is Maria Margarita Acevedo. I am a consumer, a directly impacted victim, and a primary cooperating witness in the matters underlying the ab practices, and foreclosure actions.

I respectfully request the opportunity to appear before the Court, be sworn under oath, and provide testimony on the record regarding the full impact records, and supporting evidence in my possession so the Court may directly review the facts related to my experience, losses, and role in assisting a

Attached as Exhibit A (highlighted) and Exhibit B (unhighlighted) are materials that I believe demonstrate clear evidence that my community and I wer Trey Harris, and discuss the structure of the owner-finance industry, particularly involving Hispanic and Latino buyers without Social Security number industry, reduce resale values, and limit qualified buyers. I submit these exhibits for the Court's review as part of the broader record of impact on cons

I also respectfully ask the Court to consider the circumstances surrounding my foreclosure. My property was foreclosed on using a P.O. Box as the tru warrant judicial review. I request that the Court allow this evidence to be examined and consider appropriate relief if supported by the record, includin

In addition to being a victim, I provided substantial cooperation, information, and documentation over a period of years to authorities involved in inves risk and hardship. I have experienced financial loss, emotional distress, physical strain, and ongoing disruption during this time. I have also experience

The Consumer Financial Protection Bureau previously indicated that restitution would be sought for victims. However, with the federal and State matte have been left without a clear path to restitution. I am therefore formally placing on the record my request that my losses, damages, and cooperation I

At various times, I was given representations that my cooperation would be acknowledged and that I would not be left to carry the burden of this harm may have to relief, compensation, restitution, or protection are preserved and reviewed through the proper legal channels.

I am not asking the Court to make immediate findings in this letter. Rather, I respectfully request:

- The opportunity to be sworn in and heard before the Court
- Permission to submit and present my documents and evidence
- Judicial consideration of the circumstances surrounding my foreclosure
- Preservation and review of any rights to restitution, compensation, and relief connected to my cooperation
- Recognition of the personal, financial, and emotional harm I have suffered as a direct result of the conduct addressed in these cases

I also respectfully object to any action that would result in sealing these two cases  Case No. 4:23-cv-4729 Consumer Financial Protection Bureau an llc. & Case No. 4:24-cv-00941 State of Texas Attorney General Ken Paxton v Colony Ridge Inc, Colony Ridge Development llc, Colony Ridge BV llc, Cc and CH&P Management llc.  My reason for requesting that these two cases not be sealed is to prevent victims from being heard or the public record f to the victims whose lives were directly affected.

This statement is made so that my experience, evidence, and voice may be part of the official record. I am prepared to testify truthfully under oath an this request. I submit this letter with the utmost respect for the Court and the judicial process.  Please see the attachment for "Exhibit A" Article of Int

Respectfully,

Maria Margarita Acevedo

346-336-1545

Ple
[Quoted text hidden]
IMG_4590.jpg

Exhibit A

## Re: Article of interest

1 message

**Scot Campbell** <srcproperties@hotmail.com>                                                      Tue, Sep 19, 2023 a
To: Krys Weyand <kweyand@scprgv.com>
Cc: Jennifer Rice <txlanddev@gmail.com>, Heather Oaks <heather@vettednotes.com>, Jack McClelland <jack@jmloanservicing.com>, John Mays <jmays@cayetanodevelopment.com>, john womack <john@jawomack.com>, Kacee Jackson <kaceej@360company.biz>, "kyleruppert@aol.com" <kyleruppert@aol.com>, Kyndel Bennett <kbennett@cayetanodevelopment.com>, Mira Boyda <mira@pohlpartners.com>, Patricia Baugh <pcbaugh85@gmail.com>, "Russell Spillers (via Google Drive)" <russellspillers@gmail.com>, Tillmin G Welch <tgenewelch@gmail.com>, "bighorncapitalservicing@gmail.com" <bighorncapitalservicing@gmail.com>, Nellie Woodward <nellie@vistahc.com>, "chuck rice Jr." <crice@chuckricegroup.com>

> **From:** Scot Campbell <srcproperties@hotmail.com>
> **Subject:** Re: Article of interest

Because this is an attack on our industry. It is not only Harris they are after. The right wing of the party wants to stop all development of this nature. The left wants to knock us out of the market because we make money on the poor. For completely different reasons those are the entities we have been fighting. We will not be able to sell our developments if each of our buyers have to have a SS# and we have to qualify each buyer as to the buyer's ability to repay. It will kill our industry and will make our future resale of foreclosed lots worth a lot less than because we will all be fighting over a few qualified buyers that will be able to qualify.

This is not new. This has been the direction even the SML has thought was correct. The right does not like our subdivisions because they believe our subdivisions are a blight on the communities, raise taxes, do not look like the folks that live in their neighborhoods, cannot speak English etc. The left think it is evil to make money on poor people, charge higher interest, we allow substandard housing because we don't have restriction and they really believe that since they cannot afford a brick home, they should live in government housing. I have heard them say that they had rather them live under an overpass than in our subdivisions even though there is not enough money in the government to provide housing nationwide and would raise taxes a lot more. Never mind that these are the folks that do the work we cannot find local residence to do and that they go from a drag on the community to taxpayers and it was President Biden that opened the flood gates and allowed millions in without identification and no jobs. We don't want our Texas cities to look like New York with homeless on the streets. Our industry does much to help the homeless problem is a good option to government housing.

If no one responds to the lies in this article and what was on Fox news this morning it becomes a fact in all their minds.

THIS IS WHY WE HAVE TO REPOND.

> **From:** Krys Weyand <kweyand@scprgv.com>
> **Sent:** Tuesday, September 19, 2023 10:01 AM
> **To:** Scot Campbell <srcproperties@hotmail.com>
> **Cc:** TLDA Texas <txlanddev@gmail.com>; Heather Oaks <heather@vettednotes.com>; Jack McClelland <jack@jmloanservicing.com>; John Mays <jmays@cayetanodevelopment.com>; John Womack <john@jawomack.com>; Kacee Jackson <kaceej@360company.biz>; Kyle Ruppert <kyleruppert@aol.com>; Kyndel Bennett <kbennett@cayetanodevelopment.com>; Mira Boyda <mira@pohlpartners.com>; Patricia Baugh <pcbaugh85@gmail.com>; Russell Spillers <russellspillers@gmail.com>; Tillmin G Welch <tgenewelch@gmail.com>; Zach Scurlock

<pcbaugh85@gmail.com>; Russell Spillers <russellspillers@gmail.com>; Tillmin G Welch <tgenewelch@gmail.com>; Zach Scurlock <bighorncapitalservicing@gmail.com>; nellie <nellie@vistahc.com>; Chuck Rice <crice@chuckricegroup.com>

**Subject:** RE: Article of interest

It is my understanding that William "Trey" Harris is not a member of the association. Why would we respond?

KW

*Krys Weyand*



Santa Cruz Properties
P.O. Box 959
Edinburg, TX 78540
Phone :(956)383-0868
Fax: (956)383-2301
Cell: (832)287-3382

**From:** Scot Campbell <srcproperties@hotmail.com>
**Sent:** Tuesday, September 19, 2023 8:48 AM
**To:** Krys Weyand <kweyand@scprgv.com>

**Cc:** TLDA Texas <txlanddev@gmail.com>; Heather Oaks <heather@vettednotes.com>; Jack McClelland <jack@jmloanservicing.com>; John Mays <jmays@cayetanodevelopment.com>; John Womack <john@jawomack.com>; Kacee Jackson <kacee@360company.biz>; Kyle Ruppert <kyleruppert@aol.com>; Kyndel Bennett <kbennett@cayetanodevelopment.com>; Mira Boyda <mira@pohlpartners.com>; Patricia Baugh <pcbaugh85@gmail.com>; Russell Spillers <russellspillers@gmail.com>; Tillmin G Welch <tgenewelch@gmail.com>; Zach Scurlock <bighorncapitalservicing@gmail.com>; nellie <nellie@vistahc.com>; Chuck Rice <crice@chuckricegroup.com>
**Subject:** Re: Article of interest

No, but it is a C county which has many of the same requirements. If we do not respond this becomes fact. I'm not saying TLDA should respond but perhaps through another source. It's full of allegations that are not correct. The obvious is that the buyers they are referring to are the same as the the homeless that plague NY City and SF and were bought in by our president. Would it be better if they were on the street and wards of the cities and states?

No, these are the folks who build our homes, dig our ditches, clean the hotels, buss our tables, etc. and are paying taxes on the homes and lots they legally purchased.

We need someone who can advise us on how to respond or what is the best way to address this. I was told a long time ago, that lies become fact if no one

"Exhibit B"

## Re: Article of interest

1 message

**Scot Campbell** <srcproperties@hotmail.com>                                                      Tue, Sep 19, 2023 a
To: Krys Weyand <kweyand@scprgv.com>
Cc: Jennifer Rice <txlanddev@gmail.com>, Heather Oaks <heather@vettednotes.com>, Jack McClelland <jack@jmloanservicing.com>, John Mays <jmays@cayetanodevelopment.com>, john womack <john@jawomack.com>, Kacee Jackson <kaceej@360company.biz>, "kyleruppert@aol.com" <kyleruppert@aol.com>, Kyndel Bennett <kbennett@cayetanodevelopment.com>, Mira Boyda <mira@pohlpartners.com>, Patricia Baugh <pcbaugh85@gmail.com>, "Russell Spillers (via Google Drive)" <russellspillers@gmail.com>, Tillmin G Welch <tgenewelch@gmail.com>, "bighorncapitalservicing@gmail.com" <bighorncapitalservicing@gmail.com>, Nellie Woodward <nellie@vistahc.com>, "chuck rice Jr." <crice@chuckricegroup.com>

**From:** Scot Campbell <srcproperties@hotmail.com>
**Subject:** Re: Article of interest

Because this is an attack on our industry. It is not only Harris they are after. The right wing of the party wants to stop all development of this nature. The left wants to knock us out of the market because we make money on the poor. For completely different reasons those are the entities we have been fighting. We will not be able to sell our developments if each of our buyers have to have a SS# and we have to qualify each buyer as to the buyer's ability to repay. It will kill our industry and will make our future resale of foreclosed lots worth a lot less than because we will all be fighting over a few qualified buyers that will be able to qualify.

This is not new. This has been the direction even the SML has thought was correct. The right does not like our subdivisions because they believe our subdivisions are a blight on the communities, raise taxes, do not look like the folks that live in their neighborhoods, cannot speak English etc. The left think it is evil to make money on poor people, charge higher interest, we allow substandard housing because we don't have restriction and they really believe that since they cannot afford a brick home, they should live in government housing. I have heard them say that they had rather them live under an overpass than in our subdivisions even though there is not enough money in the government to provide housing nationwide and would raise taxes a lot more. Never mind that these are the folks that do the work we cannot find local residence to do and that they go from a drag on the community to taxpayers and it was President Biden that opened the flood gates and allowed millions in without identification and no jobs. We don't want our Texas cities to look like New York with homeless on the streets. Our industry does much to help the homeless problem is a good option to government housing.

If no one responds to the lies in this article and what was on Fox news this morning it becomes a fact in all their minds.

THIS IS WHY WE HAVE TO REPOND.

**From:** Krys Weyand <kweyand@scprgv.com>
**Sent:** Tuesday, September 19, 2023 10:01 AM
**To:** Scot Campbell <srcproperties@hotmail.com>
**Cc:** TLDA Texas <txlanddev@gmail.com>; Heather Oaks <heather@vettednotes.com>; Jack McClelland <jack@jmloanservicing.com>; John Mays <jmays@cayetanodevelopment.com>; John Womack <john@jawomack.com>; Kacee Jackson <kaceej@360company.biz>; Kyle Ruppert

**Subject:** RE: Article of interest

It is my understanding that William "Trey" Harris is not a member of the association. Why would we respond?

KW

*Krys Weyand*



Santa Cruz Properties
P.O. Box 959
Edinburg, TX 78540
Phone :(956)383-0868
Fax: (956)383-2301
Cell: (832)287-3382

**From:** Scot Campbell <srcproperties@hotmail.com>
**Sent:** Tuesday, September 19, 2023 8:48 AM
**To:** Krys Weyand <kweyand@scprgv.com>

**Cc:** TLDA Texas <txlanddev@gmail.com>; Heather Oaks <heather@vettednotes.com>; Jack McClelland <jack@jmloanservicing.com>; John Mays <jmays@cayetanodevelopment.com>; John Womack <john@jawomack.com>; Kacee Jackson <kaceej@360company.biz>; Kyle Ruppert <kyleruppert@aol.com>; Kyndel Bennett <kbennett@cayetanodevelopment.com>; Mira Boyda <mira@pohlpartners.com>; Patricia Baugh <pcbaugh85@gmail.com>; Russell Spillers <russellspillers@gmail.com>; Tillmin G Welch <tgenewelch@gmail.com>; Zach Scurlock <bighorncapitalservicing@gmail.com>; nellie <nellie@vistahc.com>; Chuck Rice <crice@chuckricegroup.com>
**Subject:** Re: Article of interest

No, but it is a C county which has many of the same requirements. If we do not respond this becomes fact. I'm not saying TLDA should respond but perhaps through another source. It's full of allegations that are not correct. The obvious is that the buyers they are referring to are the same as the the homeless that plague NY City and SF and were bought in by our president. Would it be better if they were on the street and wards of the cities and states?

No, these are the folks who build our homes, dig our ditches, clean the hotels, buss our tables, etc. and are paying taxes on the homes and lots they legally purchased.

We need someone who can advise us on how to respond or what is the best way to address this. I was told a long time ago, that lies become fact if no one disputes them. The only question in my mind is what is the best way to address this problem. You are right, this going to impact the next session. This has been in



Maria Acevedo
16827 Methil Drive
Spring, Tx. 77379

Retail

U.S. POSTAGE PAID
FCM LETTER
SPRING, TX 77379
FEB 21, 2026
$1.07
77208
S2324D502162-81

RDC 99

KLEIN STATION
FEB 21 2026
SPRING TX 77379

United State District Court Houston Division
Bob Casey U.S Courthouse
C/o Judge Alfred Bennett
Po Box 61010
Houston, CX. 77208

7720861010 B001