## OBJECTION TO PROPOSED SETTLEMENT

Mon, Mar 23 at 2:35 PM

CASE 4:23-cv-04729

Consumer Financial Protection Bureau, et al.

v.

Colony Ridge Development, LLC

**United States Courts**
**Southern District of Texas**
**F I L E D**

**MAR 2 3 2026**

**Nathan Ochsner, Clerk of Court**

OBJECTION TO PROPOSED SETTLEMENT

Maria Acevedo

Objector

Dear Honorable Judge Alfred H Bennet,

## I. Introduction

I, Maria Acevedo, submit this objection to the proposed settlement in the above-captioned matter. I respectfully request that the Court consider my objection and the accompanying exhibits, which demonstrate both personal and systemic harm resulting from Colony Ridge Development's practices.

Since purchasing my property in 2018, I have endured significant personal, financial, and emotional hardship due to improper foreclosure procedures, harassment, and systemic misconduct by both the developers and local authorities. The proposed settlement does not provide adequate compensation for the widespread harm, nor does it reflect the gravity of the issues experienced by property owners like myself.

## II. Background and Personal Experience

1. I am a fluent English and Spanish speaker with over 30 years of experience in land development. Despite my expertise, I encountered overwhelming challenges in preserving my property and navigating disputes with Colony Ridge and Liberty County officials.

2. Liberty County, Texas, where my property is located, is historically the highest foreclosure counties in the nation. The systemic nature of foreclosures here disproportionately affected me and countless others. (See Exhibit F)

3. I was effectively forced off my property through mismanaged foreclosures, despite repeated attempts to resolve disputes. Local officials expressed unusual interest in my personal settlement, including a recorded call from a county Commissioner on a Saturday asking me why I did not accept the buy out from Colony Ridge.

## III. Legal and Procedural Concerns

1. The foreclosures executed against my property were done incorrectly, violating statutory requirements under the Texas Property Code. (See Exhibit B)

2. Numerous procedural and ethical conflicts exist, including familial relationships among involved attorneys that may have influenced outcomes. (See Exhibit A)

3. Harassment and procedural obfuscation further complicated my ability to preserve my rights and property. (See Exhibit C)

## IV. Property Impact

1. The financial and material value of my property, including documented improvements, demonstrates the tangible loss I sustained. (See Exhibit D)

2. The proposed settlement does not restore my property, compensate for its true value, or account for systemic misconduct.

## V. Objection to Proposed Settlement

The proposed settlement does not:

- Provide fair compensation for individual property owners affected by improper foreclosures.

- Address the widespread misconduct and systemic issues in Liberty County, Texas.

- Reflect the harm and losses suffered by property owners who were forced off their land.

I respectfully request that the Court:

1. Reject the current proposed settlement; and

2. Consider alternative remedies that ensure fair compensation to individuals harmed by Colony Ridge Development and local foreclosure practices.

## VI. Exhibits

- Exhibit A: Foreclosure errors and familial relationships of involved attorneys

- Exhibit B: Texas Property Code sections on trustee authority and sale notice requirements

- Exhibit C: Harassment documentation and public information request

- Exhibit D: Property appraised values over the years

- Exhibit F: Liberty County Texas has one of the highest foreclosure rate in the nation

Respectfully submitted,

Maria Acevedo

346-336-1545

## Notice of Substitute Trustee's Sale

**Date:**        March 9, 2021

**Mortgagee:**   Colony Ridge Land, LLC
**Note:**        Note dated November 16, 2018 in the original principal amount of $39,400.00

**Deed of Trust (Security Instrument):**
        **Date:**          November 16, 2018
        **Grantor:**       Maria Margarita Acevedo and husband, Vicente Gonzalez Valdez
        **Mortgagee:**     Colony Ridge Land, LLC
        **Recording information:**   County Clerk's File No. 2019-000749, of the Official Public Records of Liberty
        County, Texas.

**Property:**    Lot TWO HUNDRED EIGHTEEN (218), Block THREE (3) of CAMINO REAL, Section TWO (2), a
        recorded subdivision of Liberty County, Texas, according to the Map or Plat recorded in County Clerk's
        File No. 2015-012997, of the Official Public Records of Liberty County, Texas.

**Substitute Trustee's Name:**      Vast Land Enterprise, LLC
**Substitute Trustee's Address:**   P.O. Box 2472, Conroe, Texas 77305

**County:**                             Liberty
**Date of Sale (first Tuesday of month):**   April 6, 2021
**Time of Sale:**                       10:00 am to 1:00 pm
**Place of Sale:**                      Place designated by the Commissioner's Court of Liberty County, Texas.

Mortgagee has appointed the above Substitute Trustees, any to act as Substitute Trustee under the Deed of Trust. Mortgagee has instructed Substitute Trustee to offer the Property for sale toward the satisfaction of the Note.

Notice is given that on the Date of Sale, Trustee will offer the Property for sale at public auction at the Place of Sale, to the highest bidder for cash, "AS IS". THERE WILL BE NO WARRANTY RELATING TO TITLE, POSSESSION, QUIET ENJOYMENT, OR THE LIKE FOR THE PERSONAL PROPERTY IN THIS DISPOSITION.

The deed of trust permits the beneficiary to postpone, withdraw, or reschedule the sale for another day. In that case, the trustee or substitute trustee under the deed of trust need not appear at the date, time, and place of a scheduled sale to announce the postponement, withdrawal, or rescheduling. Notice of the date of any rescheduled foreclosure sale will be reposted and re-filed in accordance with the posting and filing requirements of the Texas Property Code. Such reposting or re-filing may be after the date originally.

**Assert and protect your rights as a member of the armed forces of the United States. If you are or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately.**

By:_____
        Regina Lane, Lesley A. Lane, Jolie Lane, Miguel Carmona or
        Jesse Pacheco, Acting as Foreclosure Agent on behalf of
        T-Rex Management, Inc., as Manager of
        Colony Ridge Land, LLC (Mortgagee)

**"THIS INSTRUMENT APPOINTS THE SUBSTITUTE TRUSTEE(S) IDENTIFIED TO SELL THE PROPERTY DESCRIBED IN THE SECURITY INSTRUMENT IDENTIFIED IN THIS NOTICE OF SALE, THE PERSON SIGNING THIS NOTICE IS THE ATTORNEY OR AUTHORIZED AGENT OF THE MORTGAGEE OR MORTGAGE SERVICER."**
Questions concerning the sale may be directed to the undersigned or to the beneficiary, Colony Ridge Land, LLC, P.O. Box 279, Fresno, Texas 77545, please call (281) 399-7733 or (832) 802-0080.

"Exhibit A   1-of-1 page"

## Notice of Substitute Trustee's Sale

**Date:**        March 9, 2021

**Mortgagee:**   Colony Ridge Land, LLC
**Note:**        Note dated November 16, 2018 in the original principal amount of $39,400.00

**Deed of Trust (Security Instrument):**
    **Date:**        November 16, 2018
    **Grantor:**     Maria Margarita Acevedo and husband, Vicente Gonzalez Valdez
    **Mortgagee:**   Colony Ridge Land, LLC
    **Recording information:**    County Clerk's File No. 2019-000749, of the Official Public Records of Liberty County, Texas.

**Property:**    Lot TWO HUNDRED EIGHTEEN (218), Block THREE (3) of CAMINO REAL, Section TWO (2), a recorded subdivision of Liberty County, Texas, according to the Map or Plat recorded in County Clerk's File No. 2015-012997, of the Official Public Records of Liberty County, Texas.

**Substitute Trustee's Name:**    Vast Land Enterprise, LLC
**Substitute Trustee's Address:**  P.O. Box 2472, Conroe, Texas 77305

**County:**                                    Liberty
**Date of Sale (first Tuesday of month):**  April 6, 2021
**Time of Sale:**                              10:00 am to 1:00 pm
**Place of Sale:**                             Place designated by the Commissioner's Court of Liberty County, Texas.

    Mortgagee has appointed the above Substitute Trustees, any to act as Substitute Trustee under the Deed of Trust. Mortgagee has instructed Substitute Trustee to offer the Property for sale toward the satisfaction of the Note.

    Notice is given that on the Date of Sale, Trustee will offer the Property for sale at public auction at the Place of Sale, to the highest bidder for cash, "AS IS". THERE WILL BE NO WARRANTY RELATING TO TITLE, POSSESSION, QUIET ENJOYMENT, OR THE LIKE FOR THE PERSONAL PROPERTY IN THIS DISPOSITION.

    The deed of trust permits the beneficiary to postpone, withdraw, or reschedule the sale for another day. In that case, the trustee or substitute trustee under the deed of trust need not appear at the date, time, and place of a scheduled sale to announce the postponement, withdrawal, or rescheduling. Notice of the date of any rescheduled foreclosure sale will be reposted and re-filed in accordance with the posting and filing requirements of the Texas Property Code. Such reposting or re-filing may be after the date originally.

    **Assert and protect your rights as a member of the armed forces of the United States. If you are or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately.**

By: _____

Ralph Lane, Lesley A. Lane, Jolie Lane, Miguel Carmona or Jesse Pacheco, Acting as Foreclosure Agent on behalf of T-Rex Management, Inc., as Manager of Colony Ridge Land, LLC (Mortgagee)

**"THIS INSTRUMENT APPOINTS THE SUBSTITUTE TRUSTEE(S) IDENTIFIED TO SELL THE PROPERTY DESCRIBED IN THE SECURITY INSTRUMENT IDENTIFIED IN THIS NOTICE OF SALE, THE PERSON SIGNING THIS NOTICE IS THE ATTORNEY OR AUTHORIZED AGENT OF THE MORTGAGEE OR MORTGAGE SERVICER."**

Questions concerning the sale may be directed to the undersigned or to the beneficiary, Colony Ridge Land, LLC, P.O. Box 279, Fresno, Texas 77545, please call (281) 399-7733 or (832) 802-0080.

" Exhibit A 2.-of-3 pages "

1:40 _____ P

MAR 11 2021

## Notice of Substitute Trustee's Sale

**Date:** March 9, 2021

**Mortgagee:** Colony Ridge Land, LLC
**Note:** Note dated November 16, 2018 in the original principal amount of $39,400.00

**Deed of Trust (Security Instrument):**

> **Date:** November 16, 2018
> **Grantor:** Maria Margarita Acevedo and husband, Vicente Gonzalez Valdez
> **Mortgagee:** Colony Ridge Land, LLC
> **Recording information:** County Clerk's File No. 2019-000749, of the Official Public Records of Liberty County, Texas.

**Property:** Lot TWO HUNDRED EIGHTEEN (218), Block THREE (3) of CAMINO REAL, Section TWO (2), a recorded subdivision of Liberty County, Texas, according to the Map or Plat recorded in County Clerk's File No. 2015-012997, of the Official Public Records of Liberty County, Texas.

**Substitute Trustee's Name:** Vast Land Enterprise, LLC
**Substitute Trustee's Address:** P.O. Box 2472, Conroe, Texas 77305

*Not a Street Address*

**County:** Liberty
**Date of Sale (first Tuesday of month):** April 6, 2021
**Time of Sale:** 10:00 am to 1:00 pm
**Place of Sale:** Place designated by the Commissioner's Court of Liberty County, Texas.

Mortgagee has appointed the above Substitute Trustees, any to act as Substitute Trustee under the Deed of Trust. Mortgagee has instructed Substitute Trustee to offer the Property for sale toward the satisfaction of the Note.

Notice is given that on the Date of Sale, Trustee will offer the Property for sale at public auction at the Place of Sale, to the highest bidder for cash, "AS IS". THERE WILL BE NO WARRANTY RELATING TO TITLE, POSSESSION, QUIET ENJOYMENT, OR THE LIKE FOR THE PERSONAL PROPERTY IN THIS DISPOSITION.

The deed of trust permits the beneficiary to postpone, withdraw, or reschedule the sale for another day. In that case, the trustee or substitute trustee under the deed of trust need not appear at the date, time, and place of a scheduled sale to announce the postponement, withdrawal, or rescheduling. Notice of the date of any rescheduled foreclosure sale will be reposted and re-filed in accordance with the posting and filing requirements of the Texas Property Code. Such reposting or re-filing may be after the date originally.

**Assert and protect your rights as a member of the armed forces of the United States. If you are or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately.**

By: _____

*THE HARRIS & BRENT LANE ARE FAMILY WITH VAST LAND ENTERPRISE, LLC. WHO ARE DOING THE FORECLOSURE INCORRECTLY"*

Robyn Lane, Lesley A. Lane, Jolie Lane, Miguel Carmona or Jesse Pacheco, Acting as Foreclosure Agent on behalf of T-Rex Management, Inc., as Manager of Colony Ridge Land, LLC (Mortgagee)

**"THIS INSTRUMENT APPOINTS THE SUBSTITUTE TRUSTEE(S) IDENTIFIED TO SELL THE PROPERTY DESCRIBED IN THE SECURITY INSTRUMENT IDENTIFIED IN THIS NOTICE OF SALE, THE PERSON SIGNING THIS NOTICE IS THE ATTORNEY OR AUTHORIZED AGENT OF THE MORTGAGEE OR MORTGAGE SERVICER."**

Questions concerning the sale may be directed to the undersigned or to the beneficiary, Colony Ridge Land, LLC, P.O. Box 279, Fresno, Texas 77545, please call (281) 399-7733 or (832) 802-0080.

" Exhibit A 3-of-3 pages "

# Tex. Prop. Code Section 51.0075 Authority of Trustee or Substitute Trustee

A trustee or substitute trustee may set reasonable conditions for conducting the public sale if the conditions are announced before bidding is opened for the first sale of the day held by the trustee or substitute trustee.

A trustee or substitute trustee is not a debt collector.

Notwithstanding any agreement to the contrary, a mortgagee may appoint or may authorize a mortgage servicer to appoint a substitute trustee or substitute trustees to succeed to all title, powers, and duties of the original trustee. A mortgagee or mortgage servicer may make an appointment or authorization under this subsection by power of attorney, corporate resolution, or other written instrument.

A mortgage servicer may authorize an attorney to appoint a substitute trustee or substitute trustees on behalf of a mortgagee under Subsection (c).

The name and a street address for a trustee or substitute trustees shall be disclosed on the notice required by Section 51.002 (Sale of Real Property Under Contract Lien)(b).

The purchase price in a sale held by a trustee or substitute trustee under this section is due and payable without delay on acceptance of the bid or within such reasonable time as may be agreed upon by the purchaser and the trustee or substitute trustee if the purchaser makes such request for additional time to deliver the purchase price. The trustee or substitute trustee shall disburse the proceeds of the sale as provided by law.

Added by Acts 2003, 78th Leg., ch. 554, Sec. 1, eff. Jan. 1, 2004.

Amended by:

Acts 2005, 79th Leg., Ch. 1231 (H.B. 1234), Sec. 1, eff. September 1, 2005.

Acts 2007, 80th Leg., R.S., Ch. 903 (H.B. 2738), Sec. 4, eff. June 15,

Exhibit  B  1- of 3- page

# 1. Texas Property Code § 51.0075(e)

**Trustee must have a street address on the notice**

- The statute requires:
"The name and a **street address** for a trustee or substitute trustee shall be disclosed on the notice..." Texas.Public.Law

## What this means legally:

- The foreclosure notice **must include**:

  - Trustee/substitute trustee **name**

  - A **physical street address** (NOT just a P.O. Box)

## Why it matters:

- This ensures the borrower can:

  - Identify who is conducting the sale

  - **Locate and contact** the trustee

- Missing or vague address = **defective notice argument**

Exhibit B    2 of 3 page

# 2. Texas Property Code § 51.002(b) (read with § 51.002(a))

**Foreclosure notice must clearly state the sale location**

While subsection (b) governs notice requirements, the **location requirement comes from § 51.002(a)**, which the notice must reflect:

- Sale must occur:

  - At the **county courthouse**, AND

  - In the **specific designated area** set by the county

- If no designated area:

  - The **notice itself must specify the exact place** of sale   OneCLE

## What this means legally:

- The notice must provide a **clear, physical location**, not vague language like:

  - "Liberty County Courthouse steps" (if multiple areas exist)

- It must match the **officially designated foreclosure area**   ↵ Exhibit B  3-of 3 Pages "

 Gmail

Maria Acevedo <mmacevedo72@gmail.com>

## Complaints with Colony Ridge

**Brent Lane** <brent@beardlane.com>
To: mmacevedo72@gmail.com <mmacevedo72@gmail.com>
Cc: Alma Ibarra <Alma@beardlane.com>

Tue, Jun 16, 2020 at 4:51 PM

Dear Ms. Acevedo,

The amount of complaints that you have filed is excessive. Your complaints are without merit. Your complaints are not true. You have wasted the time of countless State and Federal employees. No person can take you seriously at this point. The complaints are just outlandish and voluminous.

This is my request for you to stop harassing my clients. I have offered in the past to give your money back on your land purchase and you refuse to accept this offer (this offer is no longer available). Apparently you just want to have conflict with people.

You do not have the mental capacity or emotional stability to file any more complaints. If you want to resolve your situation, then hire an attorney and have him/her contact my office.

Brent A. Lane

**"WHO IS BRENT LANE @ BEARD & LANE??? JOHN HARRIS & WILLIAM HENRY HARRIS III COUSIN & ALSO THE EI NORTE POA ATTORNEY"**

10611 Grant Road, Houston, Texas 77070

Telephone: (281) 897-8848 | Fax: (281) 897-8850

"Exhibit C 1 - of 6 pages"

**1:28**

❘ **Gmail**

## Emails_J._Knight_and_B._Lane ⌄   Done

*(handwritten)* Liberty County Commissioner Court Judge Jay H. Knight

*(handwritten, circled)* Jay Knight

| | |
|---|---|
| From: | Brent Lane <brent@beardlane.com> |
| Sent: | Tuesday, September 1, 2020 8:31 AM |
| To: | Maria Acevedo |
| Subject: | RE: MMD # 1 |
| Attachments: | Plat Camino Real Section 2 pg 1.pdf; Plat Camino Real Section 2 recording info.pdf; Plat Camino Real Section 2 pg 2.pdf |

Ms. Acevedo,

I have asked you repeatedly to cease making contact directly with my client. Please direct all future correspondence to my office. Do not make contact with our mortgage compliance office. Do not make contact with our Lender on other land that we own. Do not make contact with our private engineer. Do not make contact with our surveyor.

The amount of complaints that you have filed is excessive. Your complaints are without merit. Your complaints are not true. You have wasted the time of countless State and Federal and County employees. No person can take you seriously at this point. The complaints are just outlandish and voluminous.

This is my request for you to stop harassing my clients. I have offered in the past to give your money back on your land purchase and you refuse to accept this offer (this offer is no longer available). Apparently, you just want to have conflict with people.

You do not have the mental capacity or emotional stability to file any more complaints. If you want to attempt to address something, then hire an attorney and have him/her contact my office.

You cannot represent other people in this matter, you can only represent yourself. It is "unauthorized practice of law" for you to represent others in a legal matter (it does not matter that you are not being paid for the representation). You are the owner of Lot 218, Block 3, of Camino Real, Section 2. You are not an attorney and are not the legal representative for any other lot.

Once again you are asking for documents outside of your subdivision and all of your claims and demands are confusing and irrelevant.

These are the facts:

1. I have attached a copy of your Plat (these documents are available at the County Clerk's office);
2. Lot 218, Block 3, of Camino Real, Section 2 is not in the MMD; and
3. The 5.03 acre tract attached to your complaint is not in Camino Real.

I am not your attorney. You need to get an attorney to assist you with your questions.

Brent A. Lane


BEARD & LANE
ATTORNEYS AT LAW

1

10611 Grant Road, Houston, Texas 77070
Telephone: (281) 897-8848 | Fax: (281) 897-8850

BOARD
CERTIFIED
Texas Board of Legal Specialization
RESIDENTIAL REAL ESTATE LAW

From: Trey Harris <tharris0@yahoo.com>
Sent: Tuesday, September 1, 2020 4:22 AM
To: Brent Lane <brent@beardlane.com>
Subject: Fw: MMD # 1

*(handwritten)* Exhibit C page 2 -of-6 "

M Gmail

**Maria Acevedo <mmacevedo72@gmail.com>**

---

# Open Records Request :: C001252-031324

---

**LIBERTYCOUNTYTX Support** <libertycountytx@govqa.us>
To: mmacevedo72@gmail.com <mmacevedo72@gmail.com>

Wed, Mar 13, 2024 at 3:12 PM

---



Dear Maria Acevedo:

Thank you for your interest in public records of Liberty County, TX. Your request has been received and is being processed in accordance with Chapter 552 of Texas Government Code, the Public Information Act. Your request was received in this office on 3/13/2024 and given the reference number C001252-031324 for tracking purposes.

**Records Requested:** All emails correspondents between David Douglas and Brent Lane / Beard & Lane Attorney dated 01/02/2020 - 03/13/2024

Your request will be forwarded to the relevant Liberty County, TX department(s) to locate the information you seek and to determine the volume and any costs associated with satisfying your request. You will be contacted about the availability and/or provided with copies of the records in question. PLEASE NOTE: The Chapter 552 of Texas Government Code, the Public Information Act does not require a governmental body to create new information, to do legal research, or to answer questions.
You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed. Again, thank you for using the Public Records Center.

Liberty County, TX

---

To monitor the progress or update this request please log into the Public Records Center

Powered by

GovQA

"Exhibit C page 3 of 6"

 Gmail

Maria Acevedo <mmacevedo72@gmail.com>

## RE: Re: LOT 218 BLOCK 3 SECTION 2 CAMINO REAL

4 messages

**Pablo Martinez** <Pablo@beardlane.com>    Wed, May 20, 2020 at 9:41 AM
To: Maria Acevedo <mmacevedo72@gmail.com>

Dear Ms. Acevedo,

As we explained in our letters, our Client's proposal had a deadline, which as of today, has expired; however, we could talk to them again and try to find a solution to the issues.

Please, at your earliest convenience, send me an email with the itemized list of expenses and amounts for which you want to get reimbursed.

We will be waiting for your response.

Thank you,

*J. Pablo Martinez*

**Senior Paralegal**



10611 Grant Road

Houston, Texas 77070

Ph: (281) 897-8848

Fax: (281) 897-8850

"Exhibit C 4-of-6"

# B&L BEARD & LANE
## ATTORNEYS AT LAW

12841 Jones Road, Suite 100 | Houston, Texas 77070 | (281) 897-8848 | Fax: (281) 897-8850

January 31, 2020

Maria Margarita Acevedo

*Sent via Certified Mail, Return Receipt Requested and*
*Regular First Class Mail*

Maria Margarita Acevedo

222 Road 5025
Cleveland, Texas 77327
*Sent via Certified Mail, Return Receipt Requested and*
*Regular First Class Mail*

*Sent via electronic mail to:* mmacevedo72@gmail.com

> Re:    *Lot 218, Block 3, Camino Real Section 2, 222 Road 5025, Cleveland, Texas*
>        *77327 (the "Property"); and*
>        *Access and Roadway Easements, Vol. 1941, P. 420 and Vol.1954, P. 102 (the*
>        *"Roadway Easement")*

Dear Ms. Acevedo

My name is Brent Lane and I represent Colony Ridge Development, LLC in the above described matter. This letter is written for the purpose of addressing various issues in regards with the Property and the existing Roadway Easement.

After having carried out the corresponding research, we have concluded that the work being performed by my Client is within the scope of action allowed and rights granted to my Client by the Access and Roadway Easements existing in the Property and recorded in the Official Public Records of Liberty County.

Our main intention is to clarify this matter with you; however, your behavior towards our law office and my client's staff have made it impossible to resolve this directly with you. It has been made clear to us that you are not well informed about your rights and the rights of my Client according to the Roadway Easement. Please ask your attorney to contact our office.

---

Brent A. Lane* | business@beardlane.com
*Certified by the Texas Board of Legal Specialization Residential Real Estate Law

Exhibit C    5 of 6

We encourage you that any and all future communications directed to my Client and/or this Law Office to be made through your legal counsel.

Our main objective is to find a solution for this matter; however, it has not yet been clear to us exactly what you intend to resolve your concerns. Please have your legal counsel contact us as soon as possible to resolve this matter. With your cooperation, these issues can be handled to reach a satisfactory solution for both parties.

If you have any questions, consult your legal counsel.

Sincerely,

Beard & Lane, P.C.

Brent A. Lane

BAL: jpm



c:    Client, by electronic mail
       David Douglas, Liberty County Clerk's Office to david.douglas@co.liberty.tx.us
       File

---

*Notice to Cease and Desist – Colony Ridge Development, LLC – L.218, B.3, Camino Real S.2 – Roadway Easement*
Page 2 of 2

Exhibit C    6 - of 6.

🔒 esearch.libertycad.com                                              🔖 ⬆️

| ◁◁ ◁ **1** ▷ ▷▷ | 1 - 1 of 1 items |

## 220761

**Owner Name:**COLONY RIDGE DEVELOPMENT LLC
**Legal Description:**CAMINO REAL, SEC 2, BLOCK 3, LOT 218, ACRES 0.5300
**Geographic ID:**002831-000218-000

**Property ID:**220761
**Year:**2016
**Appraised Value:**$28,130
**Address:**222 COUNTY ROAD 5025, CLEVELAND TX 77327

"Exhibit ①  1 - of - 9  Page "

| ◁◁ ◁ **1** ▷ ▷▷ | 1 - 1 of 1 items |

🔒 esearch.libertycad.com      🔖 ⬆️



|◀  ◀  **1**  ▶  ▶|       1 - 1 of 1 items

## 220761

**Owner Name:**PENA ISRAEL ALEXANDER ROMERO & MARIA LAZO MONTIEL
**Legal Description:**CAMINO REAL, SEC 2, BLOCK 3, LOT 218, ACRES 0.5300
**Geographic ID:**002831-000218-000

**Property ID:**220761

**Year:**2017

**Appraised Value:**$25,440

**Address:**222 COUNTY ROAD 5025, CLEVELAND TX 77327

|◀  ◀  **1**  ▶  ▶|       1 - 1 of 1 items



|◄ | ◄ | **1** | ► | ►| | 1 - 1 of 1 items

## 220761

**Owner Name:**COBO KARLA L.
**Legal Description:**CAMINO REAL, SEC 2, BLOCK 3, LOT 218, ACRES 0.5300
**Geographic ID:**002831-000218-000

**Property ID:**220761
**Year:**2018
**Appraised Value:**$35,470
**Address:**222 COUNTY ROAD 5025, CLEVELAND TX 77327

"Exhibit D 3 - of - 9 Pages"

|◄ | ◄ | **1** | ► | ►| | 1 - 1 of 1 items

Page Size: 25

⬇ Download Results

|◄  ◄  **1**  ▷  ▶|    1 - 1 of 1 items

## 220761
**Owner Name:**ACEVEDO MARIA M &
**Legal Description:**CAMINO REAL, SEC 2, BLOCK 3, LOT 218, ACRES 0.5300
**Geographic ID:**002831-000218-000

**Property ID:**220761
**Year:**2019
**Appraised Value:**$40,820
**Address:**222 COUNTY ROAD 5025, CLEVELAND TX 77327

|◄  ◄  **1**  ▷  ▶|    1 - 1 of 1 items

*Exhibit D 4-04-9 Page*



1 - 1 of 1 items



## 220761

Owner Name:ACEVEDO MARIA MARGARITA

Legal Description:CAMINO REAL, SEC 2, BLOCK 3, LOT 218, ACRES 0.5300

Geographic ID:002831-000218-000

Property ID:220761



Year:2020

Appraised Value:$42,880

Address:222 COUNTY ROAD 5025, CLEVELAND TX 77327





1 - 1 of 1 items

Page Size: 25



**Download Results**

|◀  ◀  1  ▶  ▶|                                                   1 - 1 of 1 items

## 220761



**Owner Name:**ACEVEDO MARIA MARGARITA

**Legal Description:**CAMINO REAL, SEC 2, BLOCK 3, LOT 218, ACRES 0.5300

**Geographic ID:**002831-000218-000

**Property ID:**220761

**Year:**2021

**Appraised Value:**$44,620

**Address:**222 COUNTY ROAD 5025, CLEVELAND TX 77327

|◀  ◀  1  ▶  ▶|                                                   1 - 1 of 1 items

Page Size: 25 ⌄

 Download Results

◀ ◀ **1** ▶ ▶|                                                                1 - 1 of 1 items

**220761**
**Owner Name:**ALVAREZ MARY IVELIS
**Legal Description:**CAMINO REAL, SEC 2, BLOCK 3, LOT 218, ACRES .53
**Geographic ID:**002831-000218-000

**Property ID:**220761
**Year:**2022
**Appraised Value:**$81,520
**Address:**222 COUNTY ROAD 5025, CLEVELAND TX 77327

◀ ◀ **1** ▶ ▶|                                                                1 - 1 of 1 items



🔒 esearch.libertycad.com

| |◀ ◀ **1** ▶ ▶|        1 - 1 of 1 items

**✱ 220761**
**Owner Name:**ALVAREZ MARY IVELIS
**Legal Description:**CAMINO REAL, SEC 2, BLOCK 3, LOT 218, ACRES .53
**Geographic ID:**002831-000218-000

**Property ID:**220761
**Year:**2023
**Appraised Value:**$90,230
**Address:**222 COUNTY ROAD 5025, CLEVELAND TX 77327

| |◀ ◀ **1** ▶ ▶|        1 - 1 of 1 items

"Exhibit D - 8 of 9 pages"



|◄  ◄  **1**  ►  ►|                                   1 - 1 of 1 items

## 220761
**Owner Name:**ALVAREZ MARY IVELIS
**Legal Description:**CAMINO REAL, SEC 2, BLOCK 3, LOT 218, ACRES .53
**Geographic ID:**002831-000218-000

**Property ID:**220761
**Year:**2024
**Appraised Value:**$92,110
**Address:**222 COUNTY ROAD 5025, CLEVELAND TX 77327

|◄  ◄  **1**  ►  ►|                                   1 - 1 of 1 items

## DISCLAIMER

Information provided for research purposes only. Legal descriptions and acreage amounts are for Appraisal
District use only and should be verified prior to using for legal purpose and or documents. Please contact the



CASE # 20-001827

**Liberty County Sheriff's Department**

D Mobley      1350

2400 Beaumont Avenue - Liberty, Texas 77575
936/336-4500
304 Campbell Street - Cleveland, Texas 77327
281/593-8404
www.libertytxsheriff.com

Exhibit E. 1-of-7

10:54



**January 20, 2020**
2:36 PM

⦿ LIVE ⌄



"Exhibit E 2-of 7"

    



"Exhibit E    4 - of - 7"

Exhibit E — 5 of 7

10:55

# Library

☁ Syncing Paused ›

Select

Years   Months   All   🔍

https://247wallst.com/city/liberty-county-texas-has-one-of-the-highest-foreclosure-rates-in-the-nation/

# Liberty County, Texas Has One of the Highest Foreclosure Rates in the Nation

Samuel Stebbins, 24/7 Wall St. via The Center Square
Jul 28, 2022



The worst inflation in 40 years has led to cascading effects, with consumer sentiment declining and gross domestic product decreasing in the first quarter of this year. While the Federal Reserve has been raising rates to tame inflation, this has resulted in higher mortgage rates. Combined, these factors appear to be cooling the U.S. housing market after white-hot demand in the past two years sent prices skyward.

So far, the number of foreclosure filings in the first six months of the year is still slightly lower than it was in the same period in 2020. But these filings are up 153% from the first half of last year, according to property data provider Attom Data Solutions.

" Exhibit F 1-of-2 Pages "

Home foreclosure filings include default notices, bank repossessions, and scheduled auctions and are used as a measure to gauge the health of housing markets at local, state, and national levels.

Liberty County, Texas - located in the Houston-The Woodlands-Sugar Land metropolitan area - has one of the highest foreclosure rates of any U.S. county. According to a recent report from Attom, a total of 104 housing units were in foreclosure in the first half of 2022. The foreclosure rate in Liberty County of one in every 319 homes ranks as the 24th highest of the more than 1,700 counties and county equivalents reviewed.

According to five-year estimates from the U.S. Census Bureau's 2020 American Community Survey, the typical household in Liberty County has an income of $50,917 a year and the typical home is worth $115,300. For context, the typical American household's annual income is $64,994, and the national median home value is $229,800.

| Rank | County | Homes in foreclosure, 1st half 2022 | Foreclosure rate (foreclosures per housing unit) | Median household income ($) | Median home value ($) |
|---|---|---|---|---|---|
| 30 | Winnebago County, Illinois | 381 | 1:328 | 55,310 | 121,400 |
| 29 | Osceola County, Florida | 478 | 1:324 | 55,538 | 221,600 |
| 28 | Mchenry County, Illinois | 369 | 1:324 | 90,014 | 234,000 |
| 27 | Lake County, California | 106 | 1:323 | 49,254 | 238,000 |
| 26 | Lake County, Indiana | 667 | 1:322 | 57,530 | 156,100 |
| 25 | Onslow County, North Carolina | 262 | 1:321 | 51,560 | 162,400 |
| 24 | Liberty County, Texas | 104 | 1:319 | 50,917 | 115,300 |
| 23 | Gates County, North Carolina | 15 | 1:318 | 45,871 | 142,400 |
| 22 | St. Clair County, | 361 | 1:317 | 57,473 | 134,800 |

Exhibit F
2- of 2 Pages