**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU and | ) | |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:23-cv-4729 |
| | ) | Hon. Judge Alfred H. Bennett |
| COLONY RIDGE DEVELOPMENT, LLC, | ) | |
| d/b/a Terrenos Houston, Terrenos Santa Fe, | ) | |
| and Lotes y Ranchos; | ) | |
| | ) | |
| COLONY RIDGE BV, LLC; and | ) | |
| | ) | |
| COLONY RIDGE LAND, LLC, formerly | ) | |
| d/b/a Terrenos Houston and Lotes y Ranchos, | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that on March 20, 2026, I electronically filed this document with the Clerk of Court using the CM/ECF system.


Dated: April 6, 2026

*/s/ Elena Goldstein*
Elena Goldstein
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 488-9090