# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU and | ) ) ) | |
| UNITED STATES OF AMERICA,<br>Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 4:23-cv-4729<br>Hon. Judge Alfred H. Bennett |
| COLONY RIDGE DEVELOPMENT, LLC,<br>d/b/a Terrenos Houston, Terrenos Santa Fe,<br>and Lotes y Ranchos; | ) ) ) ) | |
| COLONY RIDGE BV, LLC; and | ) ) | |
| COLONY RIDGE LAND, LLC, formerly<br>d/b/a Terrenos Houston and Lotes y Ranchos,<br>Defendants. | ) ) ) ) | |

## ORDER

This matter having come before the Court on the Motion of National Fair Housing Alliance, National Consumer Law Center, UnidosUS, Public Justice, Center for Responsible Lending, Poverty and Race Research Action Council, Southern Poverty Law Center, and League of United Latin American Citizens for Leave to Appear at Forthcoming Hearing As *Amici Curiae* in Opposition to Joint Motion, it is hereby ORDERED:

1. The Motion is GRANTED

2. Counsel for Amici is granted leave to appear at the April 10, 2026, hearing on the parties' joint motion for dismissal.

Dated: _____        _____

Hon. Alfred H. Bennett

1