**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU and | ) | |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|                 Plaintiffs, | ) | |
| | ) | |
|         v. | ) | Case No. 4:23-cv-4729 |
| | ) | Hon. Judge Alfred H. Bennett |
| COLONY RIDGE DEVELOPMENT, LLC, | ) | |
| d/b/a Terrenos Houston, Terrenos Santa Fe, | ) | |
| and Lotes y Ranchos; | ) | |
| | ) | |
| COLONY RIDGE BV, LLC; and | ) | |
| | ) | |
| COLONY RIDGE LAND, LLC, formerly | ) | |
| d/b/a Terrenos Houston and Lotes y Ranchos, | ) | |
|                 Defendants. | ) | |
| _____ | ) | |

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on March 9, 2026, I corresponded via email with all counsel who have appeared in this action asking for their consent to Amici's motion for leave to appear at the forthcoming hearing on the parties' joint motion for dismissal, Doc. #170. On the same day, Varda Hussain, counsel for Plaintiff United States of America, and Jason Ray, counsel for Defendants Colony Ridge Development, LLC, et al., respectively replied stating that they did not consent to the motion.


___April 6, 2026_____      __/s/ Nicholas Abbott_____

Date                              Attorney for Defendant(s)

1