## I Object, Motion to be Heard, and Request to Not Seal Our Casess

Wed, Apr 8 at 6:04 PM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

Case No. 4:23-cv-04729

CONSUMER FINANCIAL PROTECTION BUREAU, et al.

v.

COLONY RIDGE DEVELOPMENT, LLC, et al.

United States Courts
Southern District of Texas
F I L E D

APR 0 9 2026

Nathan Ochsner, Clerk of Court

TO THE HONORABLE JUDGE ALFRED H. BENNETT:

I respectfully submit this letter in support of my pending objection and motion to be heard in the above-referenced matter.

Colony Ridge has a documented history of posting information on social media and its website that is misleading or inaccurate. Recently, I observed that Colony Ridge publicly posted the settlement agreement in this case, along with statements suggesting that the matter has been resolved.

This posting is premature. While the parties have executed a settlement agreement, the agreement remains subject to this Court's review and approval. No final judgment has been entered, and objections remain pending. By publicly posting the agreement and implying that the case is concluded, Colony Ridge is creating the appearance of finality before judicial review is complete—essentially "pulling the carriage before the horse." Such representations risk misleading the public and may undermine the integrity of the judicial process.

I submit this website posting as Exhibit A in support of my objection. My purpose in bringing this to the Court's attention is not to delay proceedings, but to emphasize that this matter remains actively disputed, and that fairness and transparency require that all objections be fully considered before any final determination is made.

Thank you for your time and consideration.

Respectfully submitted,

Maria Acevedo

346-336-1645



# A Place to Call Your Own: The Story of Colony Ridge

Like many success stories, the story of Colony Ridge began with recognizing a challenge: for too many hardworking families, the dream of owning land feels out of reach. And, too often, traditional systems like bank loans get in the way.

Our mission is simple but powerful: to give everyone the opportunity to

Exhibit A pg 1-of-6

**COLONY RIDGE** ☰ **EN** ES

Need Answers?

# Frequently Asked Questions

If you are a member of the media with an inquiry about Colony Ridge, please see the FAQ below.

Or email us at: media@colonyridge.com

 2026 Lawsuit Settlement Agreement ∧

 - A Message To Our Custome rs About The Lawsuit Settle ment Agreement (English)

 - A Message To Our Custome rs About The Lawsuit Settle ment Agreement (Spanish)

 - Complete 2026 Lawsuit Set tlement Agreement

If you have other questions not found in the Message to Our Customers, please email us he re.

Exhibit A pg 2-of-6

 To our valued customers,

We wanted to thank you for your patience and loyalty over the last three years. You have been attacked along with us and our employees. The recent settlement allows us to put the lawsuits behind us and get back to taking care of our customers and building a great community.

We have received many questions from our customers, so a summary of some of the portions of the settlement are explained below:

1. This settlement does not change the contracts that our customers have in place. That means if you have already purchased property, you still own your property. Your loan length and payment will remain the same, and your deed restrictions remain in place, regardless of your citizenship status or country of origin. The settlement does not and cannot take property from our customers.

2. This settlement assures that you will continue to receive the same high level of customer service from our staff of dedicated representatives. We remain dedicated to our property owners and we look forward to continuing to invest in our customers and the subdivisions they live in. The settlement does not negatively affect any of the support systems we have in place to help our customers pay their taxes, obtain building permits, or rely on local law enforcement that your property owners' association dues pay for.

3. This settlement requires that Colony Ridge follow the law, but does not require Colony Ridge to provide any special right of access to law enforcement or ICE for customer information. Following the law requires that Colony Ridge demand real proof of identification and real proof that all new buyers are Texas residents. Yes, Texas-issued drivers licenses and IDs will continue to be accepted, as will unexpired passport with valid visas for new buyers. Existing owners do not need to provide additional identification to keep their property.

4. This settlement allows Colony Ridge to sell residential lots that are currently in inventory or are platted for development.

5. This settlement does not provide for any direct or immediate refunds, payments, or interest rate reductions for current property owners. However, Colony Ridge will continue to help buyers who want to keep their lot but might suffer from an unexpected, legitimate and temporary hardship; for example, deserving buyers with a good payment history may qualify for limited assistance in the form of waiver of late fees, etc.

Thank you for your confidence in us. We remain dedicated to helping you live the American Dream. If you want to read the actual settlement, you can find it here.

Colony Ridge Management

Exhibit A                    pg 3-of-6

 A nuestros valiosos clientes:

Queremos agradecerles sinceramente su paciencia y su lealtad durante los últimos tres años. En este tiempo, ustedes, al igual que nosotros y nuestros empleados, hemos sido objeto de ataques. El acuerdo alcanzado recientemente nos permite cerrar esta etapa, dejar atrás las demandas y volver a concentrarnos en lo más importante: atenderlos, servirles bien y seguir construyendo una gran comunidad.

Hemos recibido muchas preguntas, por lo que a continuación les compartimos un resumen de algunos puntos relevantes del acuerdo:

1. El acuerdo no modifica los contratos vigentes. Esto significa que, si usted ya compró un terreno o propiedad, su propiedad sigue siendo suya. El plazo y el monto de sus pagos no cambiarán, y las restricciones de la escritura continúan aplicándose, sin importar su ciudadanía, estatus migratorio o país de origen. Este acuerdo no quita ni puede quitar la propiedad a nuestros clientes.

2. El acuerdo garantiza la continuidad del mismo nivel de servicio al cliente. Nuestro equipo de representantes seguirá brindándole la atención dedicada que usted conoce. Seguimos comprometidos con nuestros propietarios y continuaremos invirtiendo en nuestros clientes y en las subdivisiones donde viven. Este acuerdo no afecta negativamente los sistemas de apoyo que ofrecemos para ayudar a nuestros clientes a pagar impuestos, tramitar permisos de construcción, o acceder a servicios de seguridad y apoyo de las autoridades locales, financiados mediante las cuotas de la asociación de propietarios.

3. El acuerdo hace que Colony Ridge cumpla la ley, pero no obliga a la empresa a otorgar acceso especial a las autoridades o a ICE a la información de los clientes. Cumplir la ley implica solicitar identificación válida y pruebas reales de que todos los nuevos compradores son residentes de Texas. Se seguirán aceptando licencias de conducir e identificaciones emitidas por el estado de Texas, así como pasaportes vigentes con visas válidas para compradores nuevos. Los propietarios actuales no necesitan presentar documentación adicional para conservar su propiedad.

4. El acuerdo permite a Colony Ridge continuar vendiendo lotes residenciales que están actualmente en inventario o que ya están trazados para desarrollo.

5. El acuerdo no contempla reembolsos, inmediatos ni directos, ni reducción de tasas de interés para los propietarios actuales. Sin embargo, Colony Ridge seguirá apoyando a compradores que desean conservar su lote pero atraviesan una dificultad inesperada, legítima y temporal. Por ejemplo, clientes con buen historial de pago podrían calificar para asistencia limitada, como la condonación de recargos por pagos atrasados, entre otras medidas.

Gracias por su confianza en nosotros. Seguimos comprometidos con ayudarle a alcanzar el Sueño Americano. Si desea leer el acuerdo completo, puede consultarlo aquí.

La Administración de Colony Ridge

Exhibit A pg 4-of-6



**PRESS RELEASE**

# Civil Rights Division Secures $68M Settlement in Predatory Land Sales and Lending Lawsuit

Tuesday, February 10, 2026

**For Immediate Release**

Office of Public Affairs

The Justice Department announced today that Colony Ridge Land LLC and its affiliates (Colony Ridge), a land developer and lender near Houston, TX, have <u>agreed</u> to pay $68,000,000 to resolve a lawsuit alleging that Colony Ridge targeted Hispanic borrowers with a predatory land sales and lending scheme that led to a cycle of foreclosures and financial hardship in violation of the Equal Credit Opportunity Act (ECOA) and the Fair Housing Act (FHA).

"Intentionally targeting vulnerable borrowers with the American dream of homeownership and then trapping them in a predatory scheme is not only wrong, it also violates our civil rights laws. This DOJ will go after all lenders, financiers, and land developers who participate in schemes which ultimately encourage illegal immigration," said Assistant Attorney General Harmeet K. Dhillon of the Justice Department's Civil Rights Division. "The changes required by this settlement will promote public safety, and affordable and sustainable homeownership in America, key priorities of this Administration."

The Civil Rights Division's investigation found that Colony Ridge intentionally targeted Hispanic consumers with a deceptive bait-and-switch, predatory scheme that used misleading advertisements and sales tactics, including misrepresentations about flooding risks. Colony Ridge also used seller-financed loans without verifying a borrower's ability to repay, significantly increasing the possibility of default and resulting in high foreclosure rates.

Exhibit A pg 5 - of 6

The resolution obtained in this matter was the result of a coordinated effort between the Justice Department's Civil Rights Division and the State of Texas's Office of the Attorney General. The settlement resolves a December 2023 lawsuit filed by the Civil Rights Division and the Consumer Financial Protection Bureau and a March 2024 lawsuit filed by the State of Texas Office of the Attorney General.

Under the settlement, defendants have agreed to:

- **Invest $48 million in infrastructure improvements**, with $18 million specifically invested in drainage infrastructure to address severe and costly flooding damage to homes, and $30 million towards other general infrastructure improvements;

- **Increase housing affordability** by adopting underwriting standards that assess borrowers' ability to repay their Colony Ridge lot loans through consideration of borrowers' income, assets, and debt;

- **Preserve homeownership** by developing a policy to meaningfully reduce the number and frequency of foreclosures and deeds in lieu of foreclosures;

- **Protect homeowners** by developing a default avoidance plan to help borrowers avoid defaulting on their Colony Ridge lot loans and to meaningfully reduce the overall default rate;

- **Protect borrowers** by developing a plan to address harms to borrowers' credit because of reports made by Colony Ridge for all borrowers who have defaulted on a Colony Ridge lot loan;

 - **Address misrepresentations to consumers** by ensuring honest and accurate advertisements that truthfully and accurately describe the properties for sale and applicable loan terms;

- **Represent accurately the state of properties** by providing pre-sale disclosures that accurately state whether a property is "move in ready" or currently has "all city services" such as immediate access to all utility services;

- **Invest $20 million in increased law enforcement presence** to ensure the safety of residents by coming into compliance with local, state, and federal agreements and to increase law enforcement presence and effectiveness in the Colony Ridge developments;

- **Utilize ILSA's intrastate land sales exemption** and require purchasers to present an unexpired Texas-issued driver's license, a Texas-issued identification card, a limited-term Texas-issued driver's license issued after January 1, 2025 or an unexpired passport and valid visa issued or renewed after January 1, 2025; and

- **Halt development of new residential plats** for direct-to-consumer sales for three years.

More information about the Civil Rights Division and the laws it enforces is available at www.justice.gov/crt.

*Updated February 10, 2026*

pg 6-of- 6