**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|           Plaintiffs, | ) | |
| | ) | |
|      v. | ) | Case No. 4:23-cv-4729 |
| | ) | Hon. Judge Alfred H. Bennett |
| COLONY RIDGE DEVELOPMENT, LLC, | ) | |
| d/b/a Terrenos Houston, Terrenos Santa Fe, | ) | |
| and Lotes y Ranchos; | ) | |
| | ) | |
| COLONY RIDGE BV, LLC; and | ) | |
| | ) | |
| COLONY RIDGE LAND, LLC, formerly | ) | |
| d/b/a Terrenos Houston and Lotes y Ranchos, | ) | |
|           Defendants. | ) | |
| | ) | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF
UNITED STATES OF AMERICA'S CLAIMS**

In light of reaching a resolution, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff United States of America and Defendants stipulate that all claims brought by Plaintiff against Defendants in the above-captioned action are voluntarily dismissed, with prejudice, with each party bearing its own costs, expenses, and attorneys' fees. On February 9, 2026, Plaintiff and Defendants entered into a Settlement Agreement resolving all the United States' claims in this action. (Dkt. 149-1).

DATED: April 10, 2026                    Respectfully submitted,

**HARMEET K. DHILLON**
Assistant Attorney General
Civil Rights Division

**CARRIE PAGNUCCO**
Chief

*/s/ Varda Hussain*
**VARDA HUSSAIN**
Principal Deputy Chief

Attorney-in-Charge (*pro hac vice*)
VA Bar No. 70132
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
150 M Street, NE
Washington, DC 20530
Tel: (202) 532-5036
Fax: (202) 514-1116
Email: varda.hussain@usdoj.gov

**ATTORNEYS FOR PLAINTIFF
THE UNITED STATES OF AMERICA**

*/s/ Jason Ray*
Jason Ray
Texas Bar No. 24000511
**RIGGS & RAY, P.C.**
3307 Northland Dr., Ste 215
Austin, Texas 78731
(512) 457-9806 (Telephone)
(512) 457-9866 (Fax)
jray@r-alaw.com

Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
Ari Cuenin
Texas Bar No. 24078385
Alexander M. Dvorscak
Texas Bar No. 24120461
Michael R. Abrams
Texas Bar No. 24087072
**STONE | HILTON PLLC**
600 Congress Ave., Ste. 2350
Austin, TX 78701
(737) 465-3897-telephone
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
alex@stonehilton.com
michael@stonehilton.com

Philip H. Hilder
Texas Bar No. 09620050
Q. Tate Williams
Texas Bar No.24013760

Stephanie K. McGuire
Texas Bar No. 11100520
**HILDER & ASSOCIATES, P.C.**
819 Lovett Blvd.
Houston, Texas 77006
(713) 655-9111–telephone
(713) 655-9112–facsimile
philip@hilderlaw.com
tate@hilderlaw.com
stephanie@hilderlaw.com

**ATTORNEYS FOR DEFENDANTS**
**COLONY RIDGE DEVELOPMENT, LLC,**
**COLONY RIDGE BV, LLC, AND**
**COLONY RIDGE LAND, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2026, I filed the foregoing with the CM/ECF system, which sent electronic notice to all counsel of record.


/s/ *Varda Hussain*
Varda Hussain
Attorney-in-Charge for Plaintiff United States of America